

# Fraud Warnings Disclosure

TO BE ATTACHED TO AND FORM PART OF THE APPLICATION. IF FRAUD WARNINGS ARE INCLUDED IN THE APPLICATION TO WHICH THIS IS ATTACHED, THIS DISCLOSURE REPLACES THOSE WARNINGS.

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties. (Not applicable in AL, AR, CO, DC, FL, KS, KY, LA, MD, ME, NJ, NM, NY, OH, OK, OR, PA, PR, RI, TN, TX, VA, VT, WA, and WV.)

In **Arkansas, Louisiana, Rhode Island, or West Virginia**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **Alabama**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines or confinement in prison, or any combination thereof.

In **Colorado**: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

In **District of Columbia**: Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

In **Florida**: Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

In **Kansas**: Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to an insurer, purported insurer, or to or by a broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act and may be subject to criminal and/or civil fines or penalties.

In **Kentucky**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

In **Maine, Tennessee, Virginia, or Washington**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.



EXHIBIT
A

U-GU-1147-A (01/14)
Page 1 of 2

000001

In **Maryland**: Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **New Jersey**: Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

In **New Mexico**: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

In **New York**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

In **Ohio**: Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

In **Oklahoma**: WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

In **Oregon**: Any person who knowingly and with intent to defraud any insurer or other person files an application for insurance or statement of claim containing any materially false information upon which an insurer relies, if such information was either material to the risk assumed by the insurer or the misinformation was provided fraudulently, may commit a fraudulent insurance act, which may be a crime and may subject the person to criminal and civil penalties.

In **Pennsylvania**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

In **Puerto Rico**: Any person who has committed fraud, as defined in the law, shall incur a felony, and if convicted, shall be sanctioned for each violation by a penalty of a fine of not less than five thousand dollars ($5,000), nor more than ten thousand dollars ($10,000), or a penalty of imprisonment for a fixed term of three (3) years, or both penalties. If there were aggravating circumstances, the fixed penalty thus established may be increased up to a maximum of five (5) years; if extenuating circumstances are present, it may be reduced to a minimum of two (2) years. In addition to the penalties provided in this chapter, any person who, as a result of the fraud thus committed is benefited in any way to obtain insurance, or in the payment of a loss pursuant to an insurance contract, shall be imposed the payment of restitution of the amount of money resulting from the fraud. Every violation shall have a prescription term of (5) five years.

In **Texas**: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

In **Vermont**: Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

The undersigned, on behalf of all Insureds, acknowledges that discovery of any fraud, intentional concealment, or misrepresentation of any material fact may render this policy, if issued, voidable at inception or otherwise cancelled.

**Applicant**

Applicant Name and Title: _____     Date: _____

Applicant Signature: _____



# SANCTIONS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**



# Important Notice to Policyholders

The address for the headquarters of Zurich North America will change after August 1, 2016 due to a relocation of our office in the same city. The new address is:

Customer Inquiry Center
Zurich North America
1299 Zurich Way
Schaumburg, IL 60196
1-800-382-2150

For specific questions regarding your policy, please contact your agent or broker.  For other questions, you may contact the Customer Inquiry Center of Zurich North America.   Any references to post office boxes previously provided remain unchanged.

**Insured Name:**
**Policy Number:**
**Effective Date:**



THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| Property Portfolio Protection █████████ |

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**E.  Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.**  To be an act of terrorism;

**2.**  To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.**  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.**  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**000006**

**ZURICH**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| | | | |

### THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies your insurance:

**A.  Cap on Losses From Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.**  To be an act of terrorism;

**2.**  To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.**  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.**  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B.  Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
U-GU-767-B CW (01/15)
Page 1 of 1

**000007**

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED / ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.


This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

**ZURICH**

**COMMERCIAL INSURANCE**

**COMMON POLICY DECLARATIONS**

| Policy Number | CPP 5899651-03 | Renewal of Number | CPP 5899651-02 |

| Named Insured and Mailing Address | Producer and Mailing Address |

FIRST BAPTIST CHURCH
1400 GRAND AVE
FORT SMITH AR 72901-2937

REGIONS INSURANCE, INC.
620 S 21ST ST
FORT SMITH AR 72901-3915

Producer Code    02097-000

Policy Period:  Coverage begins  05-10-2016  at 12:01 A.M.;  Coverage ends 05-10-2017  at 12:01 A.M.

The name insured is  ☐ Individual    ☐ Partnership    ☐ Corporation
☒ Other: NFP ORG

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group. The company that provides coverage is designated on each Coverage Part Common Declarations. The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our. The address of the companies of the Zurich-American Insurance Group are provided on the next page.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S):**

PROPERTY PORTFOLIO PROTECTION                    PREMIUM  $  ███████
 issued by ZURICH AMERICAN INSURANCE COMPANY

| **THIS PREMIUM MAY BE SUBJECT TO AUDIT.** | **TOTAL** | $ | ███████ |
| This premium does not include Taxes and Surcharges. | | | |

| **Taxes and Surcharges** | **TOTAL** | $ | |

The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the **SCHEDULE of FORMS and ENDORSEMENTS.**

Countersigned this        day of

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**Policy Number**
**CPP 5899651-03**

### SCHEDULE OF FORMS AND ENDORSEMENTS

**Zurich American Insurance Company**

Named Insured  FIRST BAPTIST CHURCH                          Effective Date: 05-10-16
                                                              12:01 A.M., Standard Time

Agent Name    REGIONS INSURANCE, INC.                         Agent No.  02097-000

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GU-1147-A | 01-14 | FRAUD WARNINGS DISCLOSURE NOTICE |
| U-GU-1191-A CW | 03-15 | SANCTIONS EXCLUSION ENDORSEMENT |
| U-GU-630-D CW | 01-15 | DISCLOSURE OF INFO RELATING TO TRIA |
| U-GU-767-B CW | 01-15 | CAP ON LOSS FROM CERTIFIED ACTS OF TERR |
| U-GU-D-310-A | 01-93 | COMMON POLICY DECLARATIONS |
| U-GU-619-A CW | 10-02 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-319-F | 01-09 | IMPORTANT NOTICE - IN WITNESS CLAUSE |
| U-GU-618-A CW | 10-02 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 02 31 | 09-08 | ARKANSAS CHANGES-CANCELLATION |
| IL 00 03 | 09-08 | CALCULATION OF PREMIUM |

PROPERTY PORTFOLIO PROTECTION FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| PPP-0001 | 06-06 | COMMERCIAL PROP CVG PART DECLARATIONS |
| PPP-0113 | 04-09 | CRIME COVERAGE FORM |
| PPP-0208 | 06-06 | FLOOD EXCLUSION -- AMENDED DEFINITION |
| PPP-0308 | 06-06 | ENABLING ENDORSEMENT |
| PPP-0401 | 06-06 | CHURCH COVERAGE |
| PPP-0411 | 03-11 | CRISIS EVENT MANAGEMENT COVERAGE |
| PPP-0101 | 03-14 | COMMERCIAL PROP CVG PART GEN PROVISIONS |
| PPP-0102 | 03-14 | COMMERCIAL PROPERTY CONDITIONS |
| PPP-0103 | 03-14 | COMMERCIAL PROPERTY DEFINITIONS |
| PPP-0110 | 03-14 | REAL AND PERSONAL PROPERTY COVERAGE FORM |
| PPP-0111 | 03-14 | ADDITIONAL COVERAGES FORM |
| PPP-0112 | 03-14 | ACCOUNTS RECEIVABLE CVG (REVENUE LOSS) |
| PPP-0114 | 03-14 | FINE ARTS COVERAGE FORM |
| PPP-0115 | 03-14 | INSTALLATION & SERVICE PROPERTY CVG FORM |
| PPP-0116 | 03-14 | ORIGINAL INFORMATION PROPERTY CVG FORM |
| PPP-0117 | 03-14 | TRANSIT COVERAGE FORM |
| PPP-0132 | 03-14 | EXTRA EXPENSE COVERAGE FORM |
| PPP-0304 | 03-14 | EARTH MOVEMENT COVERAGE |
| PPP-0310 | 03-14 | FLOOD COVERAGE |
| PPP-1031 | 03-11 | ARKANSAS CHANGES |
| CP 02 99 | 06-07 | CANCELLATION CHANGES |

**000011**



# Important Notice – In Witness Clause

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

*Nancy D. Mueller*

President

*Don J Kenny Jr.*

Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email**: info.source@zurichna.com

---

**Policy Number**
**CPP 5899651-03**

### SCHEDULE OF LOCATIONS

### Zurich American Insurance Company

Named Insured   FIRST BAPTIST CHURCH              Effective Date:  05-10-16
                                                 12:01 A.M., Standard Time

Agent Name   REGIONS INSURANCE, INC.             Agent No.   02097-000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 001 | 001 | 1400 GRAND AVE FORT SMITH, AR 72904 | |
| 002 | 001 | 1400R GRAND AVE FORT SMITH, AR 72904 | |
| 003 | 001 | 1301 N D ST FORT SMITH, AR 72904 | |
| 004 | 001 | 5804 FRESNO TER FORT SMITH, AR 72904 | |
| 005 | 001 | 1404 N C ST FORT SMITH, AR 72904 | |
| 006 | 001 | 1302 N C ST FORT SMITH, AR 72904 | |
| 007 | 001 | 800 N 58TH ST FORT SMITH, AR 72904 | |

U-GU-618-A CW (10/02)

**000013**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98     Copyright, Insurance Services Office, Inc., 1998     **Page 1 of 1**     ☐

**000014**

IL 02 31 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** We will refund the pro rata unearned premium if the policy is:

**(1)** Cancelled by us or at our request;

**(2)** Cancelled but rewritten with us or in our company group;

**(3)** Cancelled because you no longer have an insurable interest in the property or business operation that is the subject of this insurance; or

**(4)** Cancelled after the first year of a prepaid policy that was written for a term of more than one year.

**c.** If the policy is cancelled at the request of the first Named Insured, other than a cancellation described in **b.(2), (3)** or **(4)** above, we will refund 90% of the pro rata unearned premium. However, the refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**d.** The cancellation will be effective even if we have not made or offered a refund.

**e.** If the first Named Insured cancels the policy, we will retain no less than $100 of the premium, subject to the following:

**(1)** We will retain no less than $250 of the premium for the Equipment Breakdown Coverage Part.

**(2)** We will retain the premium developed for any annual policy period for the General Liability Classifications, if any, shown in the Declarations.

**(3)** If the Commercial Auto Coverage Part covers only snowmobiles or golfmobiles, we will retain $100 or the premium shown in the Declarations, whichever is greater.

**(4)** If the Commercial Auto Coverage Part covers an "auto" with a mounted amusement device, we will retain the premium shown in the Declarations for the amusement device and not less than $100 for the auto to which it is attached.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect More Than 60 Days**

**a.** If this policy has been in effect more than 60 days or is a renewal policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

**(3)** The occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;

**(4)** Violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or its occupancy which substantially increases any hazard insured against under the policy;

**(5)** Nonpayment of membership dues in those cases where our by-laws, agreements or other legal instruments require payment as a condition of the issuance and maintenance of the policy; or

**(6)** A material violation of a material provision of the policy.

**b.** Subject to Paragraph **7.c.,** if we cancel for:

**(1)** Nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy at least 10 days before the effective date of cancellation.

**(2)** Any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy at least 20 days before the effective date of cancellation.

**c.** The following applies to the Farm Umbrella Liability Policy, Commercial Liability Umbrella Coverage Part and the Commercial Automobile Coverage Part:

**(1)** If we cancel for nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 10 days before the effective date of cancellation;

**(2)** If we cancel for any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 20 days before the effective date of cancellation.

**C.** Paragraph **g.** of the **Mortgageholders** Condition, if any, is replaced by the following:

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder:

**(1)** As soon as practicable if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal; or

**(2)** At least 60 days before the expiration date of this policy if we nonrenew for any other reason.

**D.** The following Condition is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail to the first Named Insured shown in the Declarations, and to any lienholder or loss payee named in the policy, written notice of nonrenewal at least 60 days before:

**a.** Its expiration date; or

**b.** Its anniversary date, if it is a policy written for a term of more than one year and with no fixed expiration date.

However, we are not required to send this notice if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal.

The provisions of this Paragraph **1.** do not apply to any mortgageholder.

**2.** We will mail our notice to the first Named Insured's mailing address last known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

          © ISO Properties, Inc., 2007          **IL 02 31 09 08**    □

**000016**

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**000017**



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**SUMMARY OF PREMISES**

---

**PREMISES #**    1

**PREMISES ADDRESS**
1400 GRAND AVE
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|----------|--------------------|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $     5,000,000 |
| FLOOD | $     5,000,000 |

---

| DEDUCTIBLE | AMOUNT |
|------------|--------|
| EARTH MOVEMENT | $      50,000 |
| FLOOD | $      50,000 |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016   To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**SUMMARY OF PREMISES**

---

**PREMISES #**    2

**PREMISES ADDRESS**
1400R GRAND AVE
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $      229,000 |
| FLOOD | $      229,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $      50,000 |
| FLOOD | $      50,000 |

PPP-0001 (06 06)



**ZURICH**

# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**SUMMARY OF PREMISES**

---

**PREMISES #**    3

**PREMISES ADDRESS**
1301 N D ST
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $       3,350,000 |
| FLOOD | $       3,350,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $       50,000 |
| FLOOD | $       50,000 |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**   CPP 5899651-03

---

**SUMMARY OF PREMISES**

**PREMISES #**   4

**PREMISES ADDRESS**
5804 FRESNO TER
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $        212,000 |
| FLOOD | $        212,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $         50,000 |
| FLOOD | $         50,000 |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**SUMMARY OF PREMISES**

---

**PREMISES #**    5

**PREMISES ADDRESS**
1404 N C ST
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $      142,000 |
| FLOOD | $      142,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $       50,000 |
| FLOOD | $       50,000 |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016   To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**   CPP 5899651-03

---

**SUMMARY OF PREMISES**

**PREMISES #**   6

**PREMISES ADDRESS**
1302 N C ST
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $       593,000 |
| FLOOD | $       593,000 |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT | $        50,000 |
| FLOOD | $        50,000 |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**SUMMARY OF PREMISES**

---

**PREMISES #**      7

**PREMISES ADDRESS**
800 N 58TH ST
FORT SMITH, AR  72904

---

| COVERAGE | LIMIT OF INSURANCE |
| --- | --- |
| REAL PROPERTY | NOT COVERED |
| PERSONAL PROPERTY | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |

**000024**



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**BLANKET LIMITS OF INSURANCE**

---

**REAL PROPERTY BLANKET LIMIT OF INSURANCE**          $  19,459,301

The above Limit of Insurance is the most we will pay for direct physical loss or damage in any one occurrence for all **"real property"** at **"premises"** for which the Limit of Insurance is shown as Included in Blanket Limit of Insurance.  If **"real property"** coverage does not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.  If a more specific Limit of Insurance is shown for **"real property"** at a **"premises"**, that Limit of Insurance replaces, and is not in addition to, the Blanket Limit of Insurance.

**PERSONAL PROPERTY BLANKET LIMIT OF INSURANCE**          $  3,223,589

The above Limit of Insurance is the most we will pay for direct physical loss or damage in any one occurrence for all **"personal property"** at **"premises"** for which the Limit of Insurance is shown as Included in Blanket Limit of Insurance.  If **"personal property"** coverage does not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**. If a more specific Limit of Insurance is shown for **"personal property"** at a **"premises"**, that Limit of Insurance replaces, and is not in addition to, the Blanket Limit of Insurance.

**EXTRA EXPENSE BLANKET LIMIT OF INSURANCE**          $   249,998

The above Limit of Insurance is the most we will pay in any one occurrence for all loss of **"extra expense"** at **"premises"** for which the Limit of Insurance is shown as Included in Blanket Limit of Insurance.  If **"extra expense"** coverage does not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.  If a more specific Limit of Insurance is shown for **"extra expense"** at a **"premises"**, that Limit of Insurance replaces, and is not in addition to, the Blanket Limit of Insurance.

**000025**



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| CIVIL AUTHORITY EXTRA EXPENSE | 30 DAYS |
| CONSEQUENTIAL LOSS--NET LEASEHOLD INTEREST | $    25,000 PER PREMISES |
| CONSEQUENTIAL LOSS--TENANT'S IMPROVEMENTS AND BETTERMENTS | $  250,000 PER PREMISES |
| CONSEQUENTIAL LOSS--UNDAMAGED STOCK | $  250,000 PER PREMISES |
| CONTAMINATION BY A REFRIGERANT | $    25,000 PER PREMISES |
| CRISIS EVENT MANAGEMENT COVERAGE | $    50,000 PER OCCURRENCE |
| DEBRIS REMOVAL--COVERED PROPERTY | COVERED |
| DEBRIS REMOVAL--SUPPLEMENTAL LIMIT | $  250,000 PER OCCURRENCE |
| DEBRIS REMOVAL--UNCOVERED PROPERTY | $     2,500 PER OCCURRENCE |
| DEFERRED PAYMENTS | $    50,000 PER OCCURRENCE |
| ELECTRONIC VANDALISM DIRECT DAMAGE | $    25,000 ANNUAL AGGREGATE |

000026



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016   To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

### ADDITIONAL COVERAGES -- LIMITS OF INSURANCE

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| EXPEDITING EXPENSE | $    25,000 PER PREMISES |
| EXTRA EXPENSE | $    25,000 PER PREMISES |
| FAIRS OR EXHIBITIONS | |
|    PERSONAL PROPERTY | $    50,000 PER OCCURRENCE |
| FIRE DEPARTMENT SERVICE CHARGE | $    250,000 PER PREMISES |
| FIRE PROTECTIVE EQUIPMENT REFILLS | COVERED |
| INFLATION GUARD | |
|    REAL PROPERTY | 4 % ANNUAL |
|    PERSONAL PROPERTY | 4 % ANNUAL |
| INGRESS/EGRESS | |
|    EXTRA EXPENSE | 30 DAYS |
| LOCK AND KEY REPLACEMENT | $    25,000 PER PREMISES |
| MICROORGANISMS | $    25,000 ANNUAL AGGREGATE |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| NEWLY ACQUIRED PREMISES | |
|     REAL PROPERTY | $  1,000,000 FOR 180 DAYS |
|     PERSONAL PROPERTY | $  1,000,000 FOR 180 DAYS |
|     EXTRA EXPENSE | $      25,000 FOR 180 DAYS |
| | THE ABOVE LIMITS APPLY SEPARATELY TO EACH NEWLY ACQUIRED PREMISES. |
| NEWLY ACQUIRED PROPERTY | |
|     REAL PROPERTY | $      250,000 PER PREMISES FOR 180 DAYS |
|     PERSONAL PROPERTY | $      250,000 PER PREMISES FOR 180 DAYS |
| OFF-PREMISES SERVICE INTERRUPTION-- DIRECT DAMAGE | $      100,000 PER PREMISES |
| OUTDOOR TREES, SHRUBS, PLANTS, OR LAWNS | $      250,000 PER PREMISES |
| | $        5,000 PER TREE, SHRUB, PLANT, OR LAWN |
| POLLUTANT CLEAN UP AND REMOVAL-- LAND AND WATER | $      25,000 ANNUAL AGGREGATE PER PREMISES |
| PRESERVATION OF PROPERTY | 180 DAYS |
| PROFESSIONAL FEES | $      25,000 PER OCCURRENCE |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016  To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**     CPP 5899651-03

---

**ADDITIONAL COVERAGES -- LIMITS OF INSURANCE**

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Additional Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REPORTED UNSCHEDULED PREMISES | |
|     REAL PROPERTY | NOT COVERED |
|     PERSONAL PROPERTY | NOT COVERED |
|     EXTRA EXPENSE | NOT COVERED |
| REWARD PAYMENTS | $    25,000 PER OCCURRENCE |
| SALESPERSONS SAMPLES | $    25,000 PER OCCURRENCE |
| SPOILAGE--EQUIPMENT BREAKDOWN | $   100,000 PER PREMISES |
| THEFT DAMAGE TO BUILDINGS | COVERED |
| UNREPORTED PREMISES | |
|     REAL PROPERTY | $   100,000 PER UNREPORTED PREMISES |
|     PERSONAL PROPERTY | $   100,000 PER UNREPORTED PREMISES |
|     EXTRA EXPENSE | $    10,000 PER UNREPORTED PREMISES |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**CRIME COVERAGE -- LIMITS OF INSURANCE**

---

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| COMPUTER FRAUD | $    25,000 | PER OCCURRENCE |
| EMPLOYEE THEFT | $  1,000,000 | PER OCCURRENCE |
| FORGERY OR ALTERATION | $    25,000 | PER OCCURRENCE |
| FUNDS TRANSFER FRAUD | $    25,000 | PER OCCURRENCE |
| MONEY AND SECURITIES – INSIDE BUILDINGS | $    25,000 | PER OCCURRENCE |
| MONEY AND SECURITIES – OUTSIDE BUILDINGS | $    25,000 | PER OCCURRENCE |

**000030**



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From:  5/10/2016    To:  5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

**MARINE COVERAGE -- LIMITS OF INSURANCE**

---

Limits of Insurance applicable at a **"premises"** that differ from those indicated below will be shown under the Summary of Premises section of this Declarations for that **"premises"**.  Those Limits of Insurance replace, and are not in addition to, the Limits of Insurance shown below for those specified coverages and **"premises"**.  If any Marine Coverages do not apply at any specific **"premises"**, the Limit of Insurance will show as Not Covered for those **"premises"**.

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| ACCOUNTS RECEIVABLE (REVENUE LOSS) | $   250,000 | PER PREMISES |
| ACCOUNTS RECEIVABLE (REVENUE LOSS) – AWAY FROM PREMISES | $   250,000 | PER OCCURRENCE |
| FINE ARTS | $    25,000 | PER PREMISES |
| FINE ARTS – AWAY FROM PREMISES | $    25,000 | PER OCCURRENCE |
| INSTALLATION AND SERVICE PROPERTY STOCK TO BE INSTALLED | $    25,000 | PER OCCURRENCE - INSTALLATION PREMISES |
| | $    25,000 | PER OCCURRENCE - TEMPORARY STORAGE LOCATION |
| | $    25,000 | PER OCCURRENCE - TRANSIT |
| TOOLS AND EQUIPMENT | | |
| SCHEDULED EQUIPMENT | | NOT COVERED |
| UNSCHEDULED TOOLS & EQUIPMENT | $     1,000 | PER ANY ONE ITEM |
| | $    10,000 | PER OCCURRENCE |

Unscheduled tools and equipment coverage is intended for items valued at or less than the limit per any one item shown above.  An item valued at more than this limit must be specifically scheduled or no coverage applies to that item.

| | | |
|---|---|---|
| ORIGINAL INFORMATION PROPERTY | $   250,000 | PER PREMISES |
| ORIGINAL INFORMATION PROPERTY – AWAY FROM PREMISES | $   250,000 | PER OCCURRENCE |
| TRANSIT | | |
| PERSONAL PROPERTY | $   100,000 | PER OCCURRENCE |



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

## DEDUCTIBLES

GENERAL DEDUCTIBLES

PROPERTY DEDUCTIBLE:                         $        5,000 PER OCCURRENCE

The above deductible applies to all loss, damage, cost, or expense covered by this Commercial Property Coverage Part, unless a specific coverage deductible is shown elsewhere on this Declarations or an endorsement.

CATASTROPHE PERIL DEDUCTIBLES:

EARTH MOVEMENT DEDUCTIBLES

Loss or damage to Covered Property caused by **"earth movement"** is subject to separate deductible amounts.  The deductibles applicable to **"earth movement"** are stated in the Summary of Premises section of this Declarations for that specific **"premises"**.  If the Earth Movement coverage applies to loss or damage at **"reported unscheduled premises"**, the deductible amounts for **"reported unscheduled premises"** are stated on the Catastrophe Coverage – Limits of Insurance and Deductibles section of this Declarations.

The Earth Movement Deductibles only apply to loss or damage that, but for the application of the Deductibles, would be paid by us under this Commercial Property Coverage Part.

**000032**



# Commercial Property Coverage Part Declarations

**ZURICH AMERICAN INSURANCE COMPANY**

**NAMED INSURED:**
FIRST BAPTIST CHURCH

**POLICY PERIOD:**
From: 5/10/2016  To: 5/10/2017
12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS

**POLICY NUMBER:**    CPP 5899651-03

---

## DEDUCTIBLES

FLOOD DEDUCTIBLES

Loss or damage to Covered Property caused by **"flood"** is subject to separate deductible amounts.  The deductibles applicable to **"flood"** are stated in the Summary of Premises section of this Declarations for that specific **"premises"**.  If the Flood coverage applies to loss or damage at **"reported unscheduled premises"**, the deductible amounts for **"reported unscheduled premises"** are stated on the Catastrophe Coverage – Limits of Insurance and Deductibles section of this Declarations.

The Flood Deductibles only apply to loss or damage that, but for the application of the Deductibles, would be paid by us under this Commercial Property Coverage Part.

**000033**



# Important Notice to Arkansas Policyholders

Inquiries concerning your policy should be directed to your insurance agent, if one is involved, at the name, address and telephone number shown on the policy and/or in the material accompanying the policy. If you have additional questions, you may contact Zurich North America Commercial at the following address and telephone number:

Customer Inquiry Center
Zurich North America Commercial
1400 American Lane
Schaumburg, IL 60196
1-800-382-2150

If you require additional information you may contact the Arkansas Insurance Department at either the following address or phone number:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201-1904
Telephone: 501-371-2640 or 800-852-5494

# Crime Coverage Form

**ZURICH**

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 2 |
| Deductible | 5 |
| Additional Conditions | 6 |
| Valuation | 9 |
| Additional Definitions | 10 |



# Crime Coverage Form

## A. COVERAGES

**1. Computer Fraud**

We will pay for loss of **"money"** and **"securities"** resulting directly from the use of any computer to fraudulently cause a transfer from inside buildings at a **"premises"**, **"reported unscheduled premises"**, or **"banking premises"**.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Computer Fraud.

**2. Employee Theft**

We will pay for loss of or damage to **"money"**, **"securities"**, and **"personal property"** resulting directly from **"theft"** committed by an **"employee"**, whether identified or not, acting alone or in collusion with other persons.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Employee Theft.

**3. Forgery or Alteration**

**a.** We will pay for loss resulting directly from **"forgery"** or alteration of:

**1)** Checks, drafts, promissory notes, or similar written promises, orders, or directions to pay a sum certain in **"money"** that are:

**a)** Made or drawn by or drawn upon you; or

**b)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

With respect to this coverage, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**2)** Written instruments required in connection with any credit, debit, or charge card issued to you or any **"employee"** for business purposes.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Forgery or Alteration.

**b.** If you are sued for refusing to pay any instrument covered in a. above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay is in addition to the Limit of Insurance applicable to this coverage.

4.    **Funds Transfer Fraud**

We will pay for loss of **"funds"** resulting directly from a **"fraudulent instruction"** directing a financial institution to transfer, pay, or deliver **"funds"** from your **"transfer account"**.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Funds Transfer Fraud.

5.    **Money and Securities--Inside Buildings**

We will pay for loss of **"money"** and **"securities"** inside buildings at a **"premises"**, **"reported unscheduled premises"**, or **"banking premises"** resulting directly from **"theft"**, disappearance, or destruction.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Money and Securities--Inside Buildings.

6.    **Money and Securities--Outside Buildings**

We will pay for loss of **"money"** and **"securities"** outside buildings at or away from a **"premises"**, **"reported unscheduled premises"**, or **"banking premises"** and in the care and custody of a **"messenger"** or an armored motor vehicle company resulting directly from **"theft"**, disappearance, or destruction.

The most we will pay under this Crime Coverage in any one **"occurrence"** is the Limit of Insurance shown on the Declarations for Money and Securities--Outside Buildings.

B.  **EXCLUDED CAUSES OF LOSS**

1.    **Coverage Form Excluded Causes of Loss**

The following excluded causes of loss apply to all the coverages contained in this Coverage Form:

a.  **Acts Committed by You, Your Partners, or Your Members**

We will not pay for loss caused by or resulting from **"theft"** or any other fraudulent, dishonest, or criminal acts or omissions committed by you, or any of your partners or **"members"**, whether acting alone or in collusion with other persons.

b.  **Acts of Employees, Managers, Directors, Trustees, or Representatives**

We will not pay for loss caused by or resulting from **"theft"** or any other fraudulent, dishonest, or criminal acts or omissions committed by any of your **"employees"**, **"managers"**, directors, trustees, or authorized representatives:

1)  Whether acting alone or in collusion with other persons; or

2)  While performing services for you or otherwise;

except when covered under the Employee Theft Coverage.

c.  **Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.

**d.  Indirect Loss**

We will not pay for loss that is an indirect result of any covered act or **"occurrence"** including, but not limited to, loss resulting from:

1)  Your inability to realize income that you would have realized had there been no loss of or damage to **"money"**, **"securities"**, or **"personal property"**.

2)  Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss or damage covered under this Coverage Form.

3)  Payment of costs, fees, or other expenses you incur in establishing either the existence or the amount of loss under this Coverage Form.

**e.  Legal Expenses**

We will not pay for expenses incurred by you which are related to any legal action, except with respect to coverage provided under the Forgery or Alteration Coverage.

**f.  Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.

**g.  War or Military Action**

We will not pay for loss or damage, arising directly or indirectly, out of:

1)  War, including undeclared or civil war;

2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

**2.  Additional Excluded Causes of Loss–Computer Fraud Coverage**

The following additional excluded causes of loss apply only with respect to Computer Fraud Coverage:

**a.  Exchange or Purchases**

We will not pay for loss resulting from the giving or surrendering of property in any exchange or purchase.

**b.  Funds Transfer Fraud**

We will not pay for loss resulting from a **"fraudulent instruction"** directing a financial institution to transfer, pay, or deliver **"funds"** from your **"transfer account"**.

**c.  Inventory Shortages**

We will not pay for loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

1)  An inventory computation; or

2)  A profit and loss computation.

**d.  Voluntary Parting**

We will not pay for loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with **"money"** or **"securities"**.

**3.  Additional Excluded Causes of Loss–Employee Theft Coverage**

The following additional excluded causes of loss apply only with respect to Employee Theft Coverage:

**a.  Employee Cancelled Under Prior Insurance**

We will not pay for loss caused by any **"employee"** of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

**b.  Inventory Shortages**

We will not pay for loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**1)**  An inventory computation; or

**2)**  A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**c.  Trading**

We will not pay for loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

**d.  Warehouse Receipts**

We will not pay for loss resulting from the fraudulent or dishonest signing, issuing, canceling, or failing to cancel, a warehouse receipt or any papers connected with it.

**4.  Additional Excluded Causes of Loss–Forgery or Alteration Coverage**

The following additional excluded cause of loss applies only with respect to Forgery or Alteration Coverage:

**Non-Compliance with Credit, Debit, or Charge Card Issuer's Requirements**

We will not pay for loss arising from any credit, debit, or charge card if you have not complied fully with the provisions, conditions, or other terms under which the card was issued.

**5.  Additional Excluded Causes of Loss–Funds Transfer Fraud Coverage**

The following additional excluded cause of loss applies only with respect to Funds Transfer Fraud Coverage:

**Computer Fraud**

We will not pay for loss resulting from the use of any computer to fraudulently cause a transfer of **"money"**, **"securities"**, or **"personal property"**.

**6.** **Additional Excluded Causes of Loss--Money and Securities Coverage**

The following additional excluded causes of loss apply only with respect to Money and Securities--Inside Buildings and Money and Securities--Outside Buildings Coverages:

**a.** **Accounting or Arithmetical Errors or Omissions**

We will not pay for loss caused by or resulting from accounting or arithmetical errors or omissions.

**b.** **Exchange or Purchases**

We will not pay for loss resulting from the giving or surrendering of property in any exchange or purchase.

**c.** **Money Operated Devices**

We will not pay for loss of **"money"** and **"securities"** contained in any money-operated device unless the amount of **"money"** deposited in it is recorded by a continuous recording instrument in the device.

**d.** **Transfer or Surrender of Money and Securities**

We will not pay for loss of **"money"** and **"securities"** after it has been transferred or surrendered to a person or place outside the building at or away from a **"premises"**, **"reported unscheduled premises"**, or **"banking premises"**:

**1)** On the basis of unauthorized instructions;

**2)** As a result of a threat to do bodily harm to any person; or

**3)** As a result of a threat to do damage to any property.

This exclusion does not apply to loss of **"money"** or **"securities"** while outside the building at or away from a **"premises"**, **"reported unscheduled premises"**, or **"banking premises"**, or in the care and custody of a **"messenger"** if you:

**1)** Had no knowledge of any threat at the time the conveyance began; or

**2)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**e.** **Voluntary Parting**

We will not pay for loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with **"money"** or **"securities"**.

**C.** **DEDUCTIBLE**

We will not pay for loss or damage in any one **"occurrence"** until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

With respect to Forgery or Alteration Coverage, the Deductible shown on the Declarations does not apply to legal expenses paid.

**D. ADDITIONAL CONDITIONS**

1. **Additional Conditions--Coverage Form**

   The following conditions apply in addition to the COMMERCIAL PROPERTY CONDITIONS and the COMMON POLICY CONDITIONS and apply to all the coverages in this Coverage Form:

   a. **Cancellation as to Any Employee**

      This insurance is cancelled as to any **"employee"**:

      1) Immediately upon discovery by you or any of your partners, **"members"**, **"managers"**, officers, directors, or trustees not in collusion with the **"employee"** of **"theft"** or any other dishonest act committed by the **"employee"** whether before or after becoming employed by you.

      2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

         We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

   b. **Consolidation--Merger**

      If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity, any additional persons become **"employees"** or you acquire the use and control of any **"newly acquired premises"**:

      1) You must give us written notice and obtain our written consent to extend this insurance to such additional **"employees"** or **"newly acquired premises"**. We may condition our consent upon payment of an additional premium; but

      2) For the number of days shown on the Declarations for Newly Acquired Premises after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities, or the date this policy expires, any insurance afforded for **"employees"** or **"newly acquired premises"** also applies to these additional **"employees"** or **"newly acquired premises"** for acts committed or events occurring within this period.

   c. **Discovery**

      1) We will pay for loss that you sustain through acts committed or events occurring at any time and discovered by you:

         a) During the policy period shown on the Declarations; or

         b) During the period of time provided in the Extended Period to Discover Loss Condition below.

      2) Discovery of loss occurs when you first become aware of facts which would cause a reasonable person to assume that a loss covered by this Coverage Form has been or will be incurred, even though the exact amount or details of loss may not then be known.

         Discovery also occurs when you receive notice of an actual or potential claim against you alleging facts that if true would constitute a covered loss under this Coverage Form.

   d. **Employee Benefit Plans**

      1) The **"employee benefit plan"** shown on the Declarations (Plan) is included as an Insured under the Employee Theft Coverage.

**2)** If any **"employee benefit plan"** is insured jointly with any other entity under this Coverage Form, you or the Plan Administrator must select a Limit of Insurance for Employee Theft Coverage that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**3)** With respect to losses sustained or discovered by any such Plan, the Employee Theft Coverage is replaced by the following:

We will pay for loss of or damage to **"funds"** and other property resulting directly from fraudulent or dishonest acts committed by an **"employee"**, whether identified or not, acting alone or in collusion with other persons.

If a Blanket Excess Limit of Insurance is shown on the Declarations, that limit applies only to loss caused by or involving an **"employee"** of the **"employee benefit plan"** for which the Blanket Excess Limit of Insurance is shown.  That Blanket Excess Limit of Insurance applies to that part of any loss that exceeds, and applies in addition to, the Limit of Insurance shown on the Declarations for Employee Theft.

**4)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**5)** If two or more Plans are insured under this Coverage Form, any payment we make for loss:

**a)** Sustained by two or more Plans; or

**b)** Of commingled **"funds"** or other property of two or more Plans;

resulting directly from an **"occurrence"**, will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total of those Limits of Insurance of all Plans sustaining loss.

**6)** The Deductible otherwise applicable to Employee Theft Coverage does not apply to loss sustained by any Plan.

**7)** If, at the inception of this policy, you have a Limit of Insurance for your Plans that is equal to or greater than the Limit of Insurance required under ERISA, we agree to automatically increase the Limit of Insurance for the Plan or Plans scheduled on the Declarations, subject to the Non-Cumulation of Limit of Insurance Condition below, so that the Limit of Insurance equals the amount required under ERISA at the time you discover a loss.  However, in no event shall the increase under this provision exceed 10% of the total Plan's asset value or the maximum per Plan Limit of Insurance of $500,000, whichever is less.

**e.  Extended Period to Discover Loss**

**1)** We will pay for loss that you sustained prior to the effective date of termination or cancellation of this insurance, which is discovered by you:

**a)** No later than 60 days from the date of that termination or cancellation; and

**b)** As respects any **"employee benefit plan"**; no later than 1 year from the date of that termination or cancellation.

**2)** However, this extended period to discover loss terminates immediately upon the effective date of any other insurance obtained by you replacing in whole or in part the insurance afforded by this Coverage Form, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**f.   Non-Cumulation of Limit of Insurance**

Regardless of the number of years this Coverage Form remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or policy period to policy period.

**g.   Ownership of Property; Interests Covered**

The Covered Property under this Coverage Form is limited to property:

**1)**   That you own or lease; or

**2)**   That you hold for others.

**2.   Additional Condition--Computer Fraud Coverage**

The following additional condition applies only with respect to Computer Fraud Coverage:

**Territory**

The Policy Period, Coverage Territory Condition in the COMMERCIAL PROPERTY CONDITIONS applies except as modified below:

With respect to Computer Fraud Coverage, coverage applies anywhere in the world.

**3.   Additional Condition--Employee Theft Coverage**

The following additional condition applies only with respect to Employee Theft Coverage:

**Territory**

The Policy Period, Coverage Territory Condition in the COMMERCIAL PROPERTY CONDITIONS applies except as modified below:

With respect to Employee Theft Coverage, coverage applies anywhere in the world while an **"employee"** is temporarily outside the coverage territory for a period of not more than 90 days.

**4.   Additional Conditions--Forgery or Alteration Coverage**

The following additional conditions apply only with respect to Forgery or Alteration Coverage:

**a.   Duties in the Event of Loss**

The Duties in the Event of Loss or Damage Condition in the COMMERCIAL PROPERTY CONDITIONS applies except as modified below:

With respect to Forgery or Alteration Coverage, you must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**b.   Electronic and Mechanical Signatures**

With respect to Forgery and Alteration Coverage, we will treat signatures that are produced or reproduced electronically, mechanically, or by other means the same as handwritten signatures.

**c.   Territory**

The Policy Period, Coverage Territory Condition in the COMMERCIAL PROPERTY CONDITIONS applies except as modified below:

With respect to Forgery or Alteration Coverage, coverage applies anywhere in the world.

## E. VALUATION

We will determine the amount of covered loss or damage as follows:

1. Except as provided in 2., 3., 4., 5., 6., 7., and 8. below, the lesser of the following amounts:

   a. The **'replacement cost'**; or

   b. The **'amount you actually spend'** to repair, rebuild, or replace the **'real property'** or **'personal property'** at the same or another location.

2. Except as provided in 3., 5., and 6. below, **'personal property'** or other property which is not repaired, rebuilt, or replaced will be valued at the **'actual cash value'** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged **'personal property'** or other property within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement we will pay you the difference between the **'actual cash value'** previously paid and the **'replacement cost'** at the time of loss or damage.

3. **'Merchandise'** and **'finished stock'** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

4. **'Stock in process'** at the value of **'raw stock'**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing.  In no event will overhead be calculated in accordance with the principles of Absorption Costing.

5. **'Personal property'** and other property which has been permanently removed from service at **'actual cash value'**.

6. **'Duplicate information property'** at the lesser of:

   a. The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

   b. The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

7. Loss of **'money'** but only up to and including its face value.  We may, at our option, pay for loss of **'money'** issued by any country other than the United States of America:

   a. At face value in the **'money'** issued by that country; or

   b. In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was discovered.

8. Loss of **'securities'** but only up to and including their value at the close of business on the day the loss was discovered.  We may, at our option:

   a. Pay the market value of such **'securities'** or replace them in kind, in which event you must assign to us all your rights, title, and interest in and to those **'securities'**; or

   b. Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the **'securities'**.  However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

      1) Market value of the **'securities'** at the close of business on the day the loss was discovered; or

      2) The Limit of Insurance shown on the Declarations.

**F.   ADDITIONAL DEFINITIONS**

With respect to this Coverage Form, the following definitions apply in addition to the COMMERCIAL PROPERTY DEFINITIONS:

1.  **"Employee"** means:

    **a**.   Any natural person:

        **1)**   While in your service and for the first 30 days after termination of service immediately after termination of service, unless such termination is due to **"theft"** or any other dishonest act

        committed by the **"employee"**;

        **2)**   Who you compensate directly by salary, wages, or commissions; and

        **3)**   Who you have the right to direct and control while performing services for you;

    **b.**   Any natural person who is furnished temporarily to you:

        **1)**   To substitute for a permanent **"employee"** as defined in a. above, who is on leave; or

        **2)**   To meet seasonal or short-term work load conditions;

        while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the **"premises"**;

    **c.**   Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary **"employee"** as defined in b. above;

    **d.**   Any natural person who is:

        **1)**   A trustee, officer, employee, administrator, or manager, except an administrator or manager who is an independent contractor, of any **"employee benefit plan"** insured under this Coverage Form; and

        **2)**   A director or trustee while that person is handling **"funds"** or other property of any **"employee benefit plan"**.

    **e.**   Any natural person who is a former **"employee"**, director, partner, **"member"**, **"manager"**, representative, or trustee retained as a consultant while performing services for you; or

    **f.**   Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the **"premises"**.

    **"Employee"** does not mean:

    **a.**   Any agent, broker, factor, commission merchant, consignee, independent contractor, or representative of the same general character; or

    **b.**   Any **"manager"**, director, or trustee except while performing acts coming within the scope of the usual duties of an **"employee"**.

2.  **"Employee benefit plan"** means any welfare or pension benefit plan shown on the Declarations that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), and any amendments thereto.

3. **'Forgery''** means the signing of the name of another person or organization with the intent to deceive. It does not mean a signature that consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

4. **'Fraudulent instruction''** means:

   a. An electronic, telegraphic, cable, teletype, telefacsimile, or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

   b. A written instruction, other than those described in the Forgery or Alteration Coverage, issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

   c. An electronic telegraphic, cable, teletype, telefacsimile, telephone, or written instruction initially received by you which purports to have been transmitted by an **'employee''** but which was in fact fraudulently transmitted by someone else without your or the **'employee's''** knowledge or consent.

5. **'Funds''** means **'money''** and **'securities''**.

6. **'Messenger''** means you, or a relative of yours, or any of your partners or **'members''**, or any **'employee''** while having care and custody of property outside the **'premises''**.

7. **'Occurrence''** means:

   a. Under Employee Theft Coverage:

      1) An individual act;

      2) The combined total of all separate acts whether or not related; or

      3) A series of acts whether or not related;

      committed by an **'employee''** acting alone or in collusion with other persons, during the policy period shown on the Declarations, before such policy period, or both.

   b. Under Forgery or Alteration Coverage:

      1) An individual act;

      2) The combined total of all separate acts whether or not related; or

      3) A series of acts whether or not related;

      committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the policy period shown on the Declarations, before such policy period, or both.

   c. Under all other coverages in this Coverage Form:

      1) An individual act or event;

      2) The combined total of all separate acts or events whether or not related; or

      3) A series of acts or events whether or not related;

      committed by a person acting alone or in collusion with other persons, or not committed by any person, during the policy period shown on the Declarations, before such policy period, or both.

8. **"Theft"** means the unlawful taking of **"money"**, **"securities"**, or **"personal property"** to the deprivation of the Insured.

9. **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment, or delivery of **"funds"**:

   a. By means of electronic, telegraphic, cable, teletype, telefacsimile, or telephone instructions communicated directly through an electronic funds transfer system; or

   b. By means of written instructions, other than those described in the Forgery or Alteration Coverage, establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.



# Flood Exclusion--Amended Definition

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**COMMERCIAL PROPERTY DEFINITIONS**

The definition of **'flood'** is replaced by the following:

**'Flood'** means a general and temporary condition of partial or complete inundation of land areas from:

**a.** The overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or watercourse;

**b.** Waves or tides, including tsunami;

**c.** Surface water;

**d.** The spray from items a., b., and c. above, whether driven by wind or not;

**e.** Water that backs up or overflows from a sewer, drain, or sump;

**f.** Mudslide or mudflow; or

**g.** Water under the ground surface pressing on, or flowing or seeping through:

    **1)** Foundations, walls, floors, or paved surfaces;

    **2)** Basements, whether paved or not; or

    **3)** Doors, windows, or other openings.



# Enabling Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**COMMERCIAL PROPERTY CONDITIONS**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**

The provisions of any forms or endorsements that make reference to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM or the CAUSES OF LOSS SPECIAL FORM are applicable to the COMMERCIAL PROPERTY CONDITIONS and the REAL AND PERSONAL PROPERTY COVERAGE FORM.

Includes copyrighted material of ISO Properties, Inc. with its permission
Copyright, ISO Properties, Inc.    PPP-0308 (06 06)
Page 1 of 1
**000049**



# Church Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**ADDITIONAL COVERAGES FORM**
**COMMERCIAL PROPERTY DEFINITIONS**

**A.**  The following are added to the definition of **"real property"** in the COMMERCIAL PROPERTY DEFINITIONS:

Altars and pulpits;

Pews; and

Organs and organ pipes.

**B.**  The following is added to Section A., Additional Coverages, in the ADDITIONAL COVERAGES FORM:

We will pay for the loss of or damage to **"personal property"** owned by your full-time Pastors or equivalent positions or officially appointed ministerial staff anywhere in the world.

The most we will pay under this Additional Coverage in any one occurrence is $25,000.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.



# Crisis Event Management Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This insurance modifies the following:

**ADDITIONAL COVERAGES FORM**
**COMMERCIAL PROPERTY DEFINITIONS**

**A.**  The following is added to Section A., Additional Coverages, in the ADDITIONAL COVERAGES FORM:

   **Crisis Event Management**

   We will reimburse you for the reasonable and necessary **"crisis management expenses"** you incur to minimize negative publicity and restore your reputation due to a **"crisis event"** at a **"premises"** or **"reported unscheduled premises"**.

   The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Crisis Event Management.

   No deductible applies to this Additional Coverage.

**B.**  The following definitions are added to the COMMERCIAL PROPERTY DEFINITIONS:

   **"Crisis event"** means any of the following actual, attempted, or threatened acts committed by someone other than you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, or authorized representatives:

   **a.**  Armed robbery;

   **b.**  Arson;

   **c.**  Bombing;

   **d.**  Criminal use of a firearm;

   **e.**  Child abduction or kidnapping of a child under 10 years of age by someone other than the child's parent or legal guardian;

   **f.**  Hostage-taking;

   **g.**  Shooting of two or more people;

   **h.**  Criminal sexual assault;

   **i.**  Stalking of an employee, tenant, or customer; and

   **j.**  Terrorism.

**"Crisis management expenses"** means:

**a.**  Fees or expenses for services provided by:

    **1)**  A public relations firm;

    **2)**  A professional communications firm;

    **3)**  A crisis management firm; or

    **4)**  Your in-house public relations or communications department

    that are directly related to a **"crisis event"**;

**b.**  Printing, advertising, or mailing materials to manage your reputation after a **"crisis event"**;

**c.**  Psychological counseling expenses for persons injured in the **"crisis event"** and immediate family members of persons killed in the **"crisis event"**;

**d.**  Medical expenses for persons injured during a **"crisis event"**;

**e.**  Funeral expenses for those persons who die from injuries suffered during a **"crisis event"**;

**f.**  Travel expenses for the immediate family members of persons injured or killed in a **"crisis event"**; and

**g.**  Temporary lodging and meal expenses for the immediate family members of persons injured or killed in a **"crisis event"**.



# Commercial Property Coverage Part
# General Provisions

**IMPORTANT INFORMATION ABOUT THIS COMMERCIAL PROPERTY COVERAGE PART. PLEASE READ IT CAREFULLY.**

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and what is not covered.

**DEFINITIONS AND MEANINGS**

Throughout this Commercial Property Coverage Part, the words "you" and "your" refer to the Named Insured shown on the Commercial Property Coverage Part Declarations.  The words "we", "us", and "our" refer to the Company providing this insurance coverage.

The word "occurrence" includes all losses or damages that are attributable directly or indirectly to one cause or a series of similar causes.  All such losses or damages will be treated as one occurrence.  However, if occurrence is specifically defined in a Coverage Form, that definition applies to the insurance provided by that Coverage Form and any endorsements to that Coverage Form.

For purposes of this Commercial Property Coverage Part:

**a.**   Covered Property is the property that is insured for loss or damage under the applicable Coverage Forms or endorsements.

**b.**   Covered Income is the income that is insured for loss under the applicable Coverage Forms or endorsements.

Other words and phrases that appear in bold and in quotation marks, or in quotation marks only, have special meaning. You will find these definitions in the Commercial Property Definitions, Coverage Forms, and in endorsements to the Coverage Forms.

Words or phrases that are not defined are intended to have their ordinary or common meaning.  Disputes concerning the meaning of words or phrases will be resolved using the most recently published version of Webster's Unabridged Dictionary.

Unless otherwise stated, words that are used in the plural tense include the singular tense (and vice versa).

**FORMS**

In addition to these General Provisions, the Commercial Property Coverage Part contains the Common Policy Conditions, Commercial Property Conditions, Commercial Property Definitions, and various Coverage Forms and endorsements as shown on the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements.  Some forms and endorsements may refer to other Coverage Forms, but you only have coverage under a particular Coverage Form if it is shown on the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements.  Similarly, even if the Property Forms and Endorsements Section of the Schedule of Forms and Endorsements shows that you have a Coverage Form, you will not have coverage for each coverage and optional coverage mentioned in that Coverage Form unless they are shown on the Commercial Property Coverage Part Declarations.

**DEDUCTIBLES**

If a deductible applies, it is described in the applicable Coverage Form or endorsement.  The amount of the deductible to be applied is shown on the Summary of Premises, Deductibles, or Catastrophe Coverage - Limits of Insurance and Deductibles sections of the Commercial Property Coverage Part Declarations.

Unless otherwise stated in a Coverage Form or endorsement, if more than one deductible applies, we will apply each deductible separately, but the total of all deductible amounts applied will not exceed the highest applicable deductible for loss or damage to Covered Property and the highest applicable deductible for loss under **"time element coverage"**.  However, this provision does not apply to Covered Property and **"time element coverage"** for covered loss or damage due to **"earth movement"**, **"flood"**, **"named storm"**, or to wind or hail when a separate Wind Deductible or Wind and Hail Deductible is applicable.

Loss or damage to Covered Property caused by **"earth movement"**, **"flood"**, **"named storm"**, water damage, theft and wind or hail may be subject to separate deductible amounts.  The Summary of Premises section of the Commercial Property Coverage Part Declarations identify the **"premises"** subject to the separate deductibles and the deductible amounts.   If the Earth Movement Deductibles, Flood Deductibles, Named Storm Deductibles, or Wind and Hail Deductibles apply to loss or damage at **"reported unscheduled premises"**, to **"contractor's equipment"** away from **"premises"**, or to **"installation property"** away from **"premises"**, the deductible amounts are stated on the Catastrophe Coverage - Limits of Insurance and Deductibles section of the Commercial Property Coverage Part Declarations.

The Earth Movement Deductibles, Flood Deductibles, Named Storm Deductibles, Wind Deductibles, and Wind and Hail Deductibles only apply to loss or damage that, but for the application of the Deductibles, would be paid by us under this Commercial Property Coverage Part.



# Commercial Property Conditions

**Table of Contents**

| Conditions | Page No. |
|---|---|
| Abandonment | 1 |
| Appraisal | 1 |
| Concealment, Misrepresentation, or Fraud | 1 |
| Conformity to Statute | 1 |
| Control of Property | 1 |
| Duties in the Event of Loss or Damage | 2 |
| Insurance Under Two or More Coverages | 2 |
| Legal Action Against Us | 2 |
| Liberalization | 2 |
| Loss Payment | 3 |
| Mortgageholders | 4 |
| No Benefit to Bailee | 4 |
| Other Insurance | 5 |
| Policy Period, Coverage Territory | 5 |
| Recovered Property | 6 |
| Suspended Equipment | 6 |
| Transfer of Rights of Recovery Against Others to Us | 6 |



# Commercial Property Conditions

This Commercial Property Coverage Part is subject to the following conditions as well as the Common Policy Conditions.

**A.   ABANDONMENT**

There can be no abandonment of any property to us.

**B.   APPRAISAL**

If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent, disinterested, and impartial appraiser who has no direct or indirect financial interest in the claim.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection of an umpire be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of each item of lost or damaged property as of the date of loss and amount of loss in accordance with the Valuation provisions of the applicable Coverage Form or, if not stated, the **"actual cash value"** and **"replacement cost"**.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.  Each party will:

**1.**   Pay its chosen appraiser; and

**2.**   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim in whole or in part, based on the terms and conditions of the policy.

**C.   CONCEALMENT, MISREPRESENTATION, OR FRAUD**

This policy is void in any case of fraud by you or any other insured as it relates to this Commercial Property Coverage Part at any time before or after a loss. It is also void as to you or any other insured, and we will not pay you or any other insured, if you or any other insured, at any time before or after a loss, intentionally conceal or misrepresent a material fact concerning:

**1.**   The insurance provided by this policy;

**2.**   The Covered Property;

**3.**   Your interest in the Covered Property; or

**4.**   A claim under the policy.

**D.   CONFORMITY TO STATUTE**

Terms of this Commercial Property Coverage Part that are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to such statutes.

**E.   CONTROL OF PROPERTY**

Breach of any provision contained in the Commercial Property Conditions or Common Policy Conditions by any person, other than you, beyond your direction or control will not affect this insurance.

The breach of any provision contained in the Commercial Property Conditions or Common Policy Conditions at any one or more locations will not affect coverage at any location where, at the time of loss or damage, there was no breach.



**F.    DUTIES IN THE EVENT OF LOSS OR DAMAGE**

**1.**    You must see that the following are done in the event of loss or damage to Covered Property:

**a.**    Notify the police if a law may have been broken.

**b.**    Give us prompt notice of the loss or damage, including a description of the property involved.

**c.**    As soon as possible, give us a description of how, when, and where the loss or damage occurred.

**d.**    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a **"covered cause of loss"**.  Also, if feasible, set the damaged property aside and in the best possible order for examination.

**e.**    At our request, give us complete inventories of the damaged and undamaged property.   Include quantities, costs, values, and amount of loss claimed.

**f.**    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing, and analysis, and permit us to make copies from your books and records.

**g.**    Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**h.**    Cooperate with us in the investigation or settlement of the claim.

**2.**    We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records.  In the event of an examination, an insured's answers must be signed.

**3.**    Failure of an agent or one of your employees, other than an officer, partner, manager, **"member"**, director, trustee, proprietor, or risk management employee, to notify us of any loss or damage that they know about will not affect the insurance afforded you by this Commercial Property Coverage Part.

**G.    INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**H.    LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Commercial Property Coverage Part unless:

**1.**    All of its terms have been fully complied with; and

**2.**    The action is brought within 2 years after the date on which the loss or damage commenced.

**I.    LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Commercial Property Coverage Part, without additional premium and within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Commercial Property Coverage Part.



**J.    LOSS PAYMENT**

The following apply unless otherwise provided in a Coverage Form in this Commercial Property Coverage Part:

**1.**    In the event of loss or damage covered by this Commercial Property Coverage Part, at our option, we will either:

    **a.**    Pay the amount of the loss or damage;

    **b.**    Pay the cost of repairing or replacing the lost or damaged property;

    **c.**    Take all or any part of the property at an agreed or appraised value; or

    **d.**    Repair, rebuild, or replace the property with other property of like kind and quality.

We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.**    If we elect to exercise option 1.c. with respect to any branded or labeled **"merchandise"** or **"finished stock"**, you may:

    **a.**    Stamp salvage on the **"merchandise"** or **"finished stock"**, or its containers, if the stamp will not physically damage the **"merchandise"** or **"finished stock"**; or

    **b.**    Remove the brands or labels, if doing so will not physically damage the **"merchandise"** or **"finished stock"**.  You must relabel the **"merchandise"** or **"finished stock"**, or its containers, to comply with the law.

We will assume the cost of stamping or removal and charge it to salvage expense.

**3.**    We will not pay you more than your financial interest in the Covered Property.

**4.**    This Commercial Property Coverage Part provides no rights or benefits to any other person or organization, unless otherwise provided.  Any claim for loss that is covered under this Commercial Property Coverage Part must be presented by you.  At our option, we may adjust the loss with the owners of lost or damaged property if other than you.  If we pay the owners, such payment will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the Covered Property.

**5.**    We may elect to defend you against suits arising from claims of owners of Covered Property.  We will do this at our expense.

**6.**    We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Commercial Property Coverage Part and:

    **a.**    We have reached agreement with you on the amount of the loss; or

    **b.**    An appraisal award has been made.

**7.**    The first Named Insured shown on the Declarations will be the payee for any payment of claims that we may make with respect to this Commercial Property Coverage Part, subject to the Mortgageholders Condition below and any endorsements.  However, our payment for loss or damage to **"personal property of others"** may be to the account of the owner of the property.

**K.   MORTGAGEHOLDERS**

**1.**   Mortgageholder includes trustee.

**2.**   We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown on the Declarations in their order of precedence, as interests may appear.

**3.**   The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**4.**   If we deny your claim because of your acts or because you have failed to comply with the terms of this Commercial Property Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **a.**   Pays the premium due under this Commercial Property Coverage Part at our request if you have failed to do so;

    **b.**   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **c.**   Has notified us of any change in ownership, occupancy, or substantial change in risk known to the mortgageholder.

All of the terms of this Commercial Property Coverage Part will then apply directly to the mortgageholder.

**5.**   If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Commercial Property Coverage Part:

    **a.**   The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **b.**   The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**6.**   If we cancel the policy, we will give written notice to the mortgageholder at least:

    **a.**   10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **b.**   30 days before the effective date of cancellation if we cancel for any other reason.

**7.**   If we elect not to renew the policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**L.   NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.



**M.   OTHER INSURANCE**

**1.**   You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Commercial Property Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Commercial Property Coverage Part bears to the sum of all the Limits of Insurance covering on the same basis.

**2.**   If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only the least of the following amounts:

**a.**   Any Limit of Insurance applicable to the Covered Property that has sustained such loss or damage;

**b.**   The amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not, without application of any deductible amounts contained elsewhere in this Commercial Property Coverage Part; or

**c.**   The amount we would have paid had such other insurance not existed.

**3.**   Paragraphs 1. and 2. above do not apply to other insurance that is purchased as insurance in excess of the Limit of Insurance under this Commercial Property Coverage Part.

**N.   POLICY PERIOD, COVERAGE TERRITORY**

Under this Commercial Property Coverage Part:

**1.**   We cover loss or damage which happens:

**a.**   During the policy period shown on the Declarations; and

**b.**   Within the coverage territory.

**2.**   The coverage territory is:

**a.**   The United States of America (including its territories and possessions); and

**b.**   Puerto Rico.

**3.**   When this Commercial Property Coverage Part provides coverage for property in transit:

**a.**   The coverage territory is extended to Canada for property in transit as long as the origin or destination is included in 2. above, except when property is being transported by a vessel.

**b.**   The coverage territory is extended to everywhere else in the world for property while being transported by an aircraft, as long as either the origin or destination is included in 2. above and neither the origin nor the destination is in any country upon which the United States government has imposed sanctions, embargoes or similar prohibitions.

**4.**   If the property is in transit by a vessel that originated outside the coverage territory included in 2. above, then coverage commences when the property has been fully discharged from the vessel onto a point within the coverage territory.

**5.**   If the property is in transit by a vessel with a destination outside the coverage territory included in 2. above, then coverage ends when the property has been loaded on board the vessel.

**O.   RECOVERED PROPERTY**

1.   If either you or we recover any property after loss settlement, that party must give the other prompt notice.  At your option, you may do one of the following:

   a.   Keep the loss payment and transfer the recovered property to us; or

   b.   Keep the recovered property and return the loss payment to us.  If you do this, we will pay for the recovery expenses and the expense to repair the recovered property up to the applicable Limit of Insurance.

2.   The amount of loss can be reduced by any salvage recovery through the sale of the damaged Covered Property.

   a.   If, following a loss, a recovery is made from the sale of damaged Covered Property and your claim has not yet been paid, we will be entitled to this salvage recovery until we have recovered our salvaging fees and expenses.  The balance of the salvage recovery will be paid to you and the amount of your loss settlement will be reduced by this balance.

   b.   If your claim has already been paid when a salvage recovery is made, we will be entitled to the salvage proceeds until we have recovered the difference between the amount we paid you for your claim and the amount we would have paid you had the salvage recovery been handled in accordance with a. above.  Any balance of the salvage recovery will then be promptly refunded to you.

**P.   SUSPENDED EQUIPMENT**

We, or any of our representatives, have the right to declare property to be **"suspended equipment"** when the property is found to be in, or exposed to, a dangerous condition, provided we have:

1.   Told you of the dangerous condition immediately upon discovering it and informed you of its designation as **"suspended equipment"**; and

2.   Mailed or delivered a written notice of such condition and designation, within 24 hours of the discovery, which notice is mailed or delivered to:

   a.   Your last known address; or

   b.   The address where said object is located.

Any designation of **"suspended equipment"** can only be rescinded, in writing, by endorsement to this Commercial Property Coverage Part.

Any designation of **"suspended equipment"** will result in your receiving a pro rata refund of premium you paid for the coverage of that property under this Commercial Property Coverage Part.  However, any designation of **"suspended equipment"** will be in effect if we have not yet made or offered the refund.

**Q.   TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Commercial Property Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and cooperate with our efforts to recover our payment and must do nothing after loss to impair our rights.  But you may, without restricting your coverage, waive your rights against another party in writing:

1.   Prior to a loss to your Covered Property or Covered Income.

2.   After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

   a.   Someone insured under this Commercial Property Coverage Part;



**b.**   A business firm owned or controlled by you;

**c.**   A business firm, or an individual, that owns or controls you; or

**d.**   Your tenant.

Any recovery as a result of subrogation proceedings arising out of a covered loss, net of fees (including legal fees) and expenses we incur in such subrogation proceedings, will be shared with you in the following manner:

**1.**   We will add the amount of any deductible you incurred to the amount of any other provable uninsured loss you incurred.  This is your interest.

**2.**   We will determine the proportion your interest bears to the entire provable loss (both insured and uninsured). This is your pro rata share.

**3.**   We will reimburse to you your pro rata share of the recovery after deduction, from the total recovery, of recovery expenses paid by us and after deduction of any legal fees paid by us.  We will retain the balance.  We will not owe you any amount for any legal fees or any expenses incurred by you in furtherance of any recovery unless those fees or expenses are approved by us in writing and in advance of your incurring those fees or expenses.



# Commercial Property Definitions

1.  **"Accounts receivable records"** means accounting records you use to document the billing and collection of **"money"** due from your customers, regardless of what material it is inscribed, printed, written, or recorded upon.

2.  **"Actual cash value"** means **"replacement cost"** reduced by each of the following:

    a.  Physical deterioration;

    b.  Depreciation;

    c.  Obsolescence;

    d.  Depletion;

    e.  Non-conformity to codes, regulations, or statutes; and

    f.  The cost to reconstruct or remodel undamaged portions of **"real property"**.

    But in no event will **"actual cash value"** be higher than the **"market value"**.

3.  **"Amount you actually spend"** means:

    a.  The total payments you make to an entity you do not own or operate at the time of loss or damage to repair the damaged **"real property"** or **"personal property"**; and

    b.  For goods and services provided by entities you own or operate at the time of loss or damage to repair the damaged **"real property"** or **"personal property"**:

        1)  Direct payroll cost, excluding fixed payroll, for labor directly chargeable to the repair, rebuilding, or replacement of the damaged property;

        2)  **"Replacement cost"** for your **"merchandise"** used in the repair, rebuilding, or replacement of the damaged property;

        3)  Regular cash selling price, less any discounts and expenses you otherwise would have had, for your **"finished stock"** used in the repair, rebuilding, or replacement of the damaged property; and

        4)  **"Replacement cost"** for your property other than **"merchandise"** or **"finished stock"** used in the repair, rebuilding, or replacement of the damaged property if replaced within 24 months, otherwise your original cost.

4.  **"Banking premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

5.  **"Business income"** means:

    a.  **"Net income"**; plus

    b.  **"Continuing expenses"**.

6.  **"Cessation of work"** means any period of time when your business activities have ceased.

    **"Cessation of work"** does not mean:

Includes copyrighted material of insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 1 of 17

**000063**

    **a.** Any period of time during which your business activities would not normally have been conducted, such as weekends or holidays;

    **b.** Seasonal activity planned in advance;

    **c.** Schedule delays due to weather; or

    **d.** Labor actions beyond your control.

**7.** **"Cloud facility"** means a data center(s) owned and operated by others whom you depend on to provide **"information technology services"**.

**8.** **"Computer systems"** means:

    **a.** Computer hardware, software, and electronic data;

    **b.** Input and output devices;

    **c.** Data storage devices;

    **d.** Networking equipment and components;

    **e.** Firmware; and

    **f.** Electronic backup facilities, including systems accessible through the internet, intranets, or virtual private networks.

**9.** **"Contaminant"** means any substance that creates an impurity when it mixes with or comes into contact with another substance.

**10.** **"Continuing expenses"** means:

    **a.** Your continuing normal operating expenses including, but not limited to:

        **1)** Payroll;

        **2)** Rental payments as tenants; and

        **3)** Factory overhead; and

    **b.** Charges, which are the legal obligations of your tenants and have not been satisfied, and which are now your obligation.

    **"Continuing expenses"** does not mean:

    **a.** **"Extra expense"**;

    **b.** Expediting expense;

    **c.** **"Research and development continuing expenses"**;

    **d.** Any charges or expenses that do not necessarily continue during the **"period of restoration"** or **"extended period of indemnity"**; or

    **e.** Bad debts.

**11.** **"Contractor's employees' property"** means tools and clothing owned by your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

12. **"Contractor's equipment"** means:

    **a.** Equipment, tools, machinery, and other mechanical and electrical devices of a mobile nature used for contracting, installation, erection, repair, or moving operations or projects;

    **b.** Self-propelled vehicles designed and used primarily to carry mounted equipment;

    **c.** Vehicles designed for highway use that are unlicensed and not operated on public roads; and

    **d.** Watercraft, marine floats, or barges less than 26 feet long,

owned by you or owned by others in your care, custody, or control.

**"Contractor's equipment"** does not mean:

    **a.** Contraband or property in the course of illegal transportation or trade;

    **b.** Aircraft;

    **c.** Railroad cars;

    **d.** Temporary or permanent forms, shoring, scaffolding, or falsework;

    **e.** **"Contractor's employees' property"**; or

    **f.** Recreational watercraft.

13. **"Contributing locations"** means locations owned and operated by others who:

    **a.** You depend on to deliver materials or services directly to you, or to others under your contract of sale; or

    **b.** Pay you royalties, licensing fees, or commissions under written agreements.

**"Contributing locations"** does not mean:

    **a.** Locations owned and operated by others who you depend upon to provide only power, communications, or other utility services to you; or

    **b.** **"Manufacturing locations"**.

14. **"Covered cause of loss"** means a fortuitous cause or event, not otherwise excluded, which actually occurs during this policy period.

**"Covered cause of loss"** does not mean:

    **a.** A fortuitous cause or event, whether or not excluded, which actually occurred prior to this policy period, regardless of the date on which it first becomes manifest or is first discovered; or

    **b.** Damage.

15. **"Defective materials"** means materials which are broken, inadequate, improper, faulty, flawed, improperly specified, contaminated, unfit for the purpose intended, or which contain a latent defect.

16. **"Denial of service"** means the direction of a high volume of inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access, whether or not known to you.

17. **"Dependent premises"** means the following types of locations:

    **a.** **"Contributing locations"**;

    **b.** **"Recipient locations"**;

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 3 of 17

000065

**c.** **"Manufacturing locations"**; and

**d.** **"Leader locations"**.

If the location is described by an address only, it includes the area associated with that address in which you or the occupant are legally entitled to conduct **"operations"** and includes that area extending 1,000 feet beyond that address.

If the location is described by an address and further described by geographic boundaries, only the area within such boundaries, and within 1,000 feet thereof, is included.

**"Dependent premises"** does not mean any of the above locations within any country in which the United States government or Canadian government have imposed sanctions, embargoes, or similar prohibitions.

18. **"Duplicate information property"** means recorded information in any format which can either be copied from an existing original or duplicate or replaced by purchasing an existing duplicate that is available for sale, including any material it is recorded upon.

**"Duplicate information property"** does not mean:

**a.** **"Stock"**;

**b.** **"Fine arts"**;

**c.** **"Money"**;

**d.** **"Securities"**; or

**e.** **"Electronic data processing hardware"**.

19. **"Earth movement"** means earthquake or other seismic activity, rising or shifting of earth (including frost heaves), or subsidence other than **"sinkhole collapse"**.

**"Earth movement"** does not mean landslide, avalanche, or volcanic eruption, explosion or effusion, or tsunami.

20. **"Electronic data processing hardware"** means:

**a.** A network of electronic components capable of accepting information and processing it according to a plan and which exists primarily to generate information in tangible form or on electronic media, as well as air conditioning equipment and fire protection equipment used exclusively for data processing operations;

**b.** Telephone equipment; and

**c.** Facsimile equipment.

**"Electronic data processing hardware"** does not mean computers, devices, or components which:

**a.** Exist primarily to control or operate machinery or equipment or to produce **"stock in process"** or **"finished stock"**; or

**b.** Are **"stock"**.

21. **"Electronic vandalism"** means:

**a.** Willful or malicious electronic alteration, manipulation, tampering, or destruction of **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"**, or **"research and development property"**;

**b.** Introduction of a virus, code, or similar instruction that disrupts the normal operation of **"electronic data processing hardware"** and may destroy, alter, contaminate, or compromise the integrity, quality, or

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 4 of 17

000066

performance of **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"**, or **"research and development property"**;

   **c.**  Unauthorized viewing, copying, or use of any electronic **"accounts receivable records"**, **"duplicate information property"**, **"original information property"**, or **"research and development property"**; and

   **d.**  **"Denial of service"**.

**22.** **"Equipment breakdown cause of loss"** means any of the following:

   **a.**  Artificially generated electrical current, including electrical arcing, that injures or disturbs electrical devices, wiring, or equipment;

   **b.**  Explosion, rupture, or bursting of steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by you; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the products of combustion pass;

   **c.**  Any condition or event inside steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by you; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the gases of combustion pass;

   **d.**  Any condition or event, other than an explosion, inside hot water boilers, other water heating equipment, engines other than steam engines, or pressure vessels when owned, operated, or controlled by you; and

   **e.**  Mechanical or machinery breakdown, including rupture or bursting caused by centrifugal force, of property owned, operated, or controlled by you.

**23.** **"Extended period of indemnity"** means the period of time that begins on the date the **"period of restoration"** ends and ends on the earlier of:

   **a.**  The date your gross sales, including rental income, are restored to the amount that would have existed if no direct physical loss or damage occurred; or

   **b.**  The date calculated by adding the number of days shown on the Declarations for Extended Period of Indemnity--Business Income to the date the **"period of restoration"** ended.

   **"Extended period of indemnity"** does not mean **"research and development extended period of indemnity"**.

**24.** **"Extra expense"** means operating expenses you incur during the **"period of restoration"** that would not have been necessary to incur if there had been no direct physical loss or damage to the property, provided such expenses are incurred:

   **a.**  In an attempt to avoid a **"suspension"** of or to continue those **"operations"** which have been affected by the direct physical loss or damage to the property; or

   **b.**  In an attempt to minimize the **"period of restoration"**.

   **"Extra expense"** does not mean:

   **a.**  Costs incurred to purchase **"merchandise"** as a replacement for your **"finished stock"**;

   **b.**  **"Continuing expenses"** or **"research and development continuing expenses"**;

   **c.**  Costs to repair, rebuild, or replace any property, or research or restore **"original information property"**; or

   **d.**  Amounts incurred on financing or investment activity conducted for your own account.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 65 of 17

000067

25. **"Fine arts"** means paintings, etchings, pictures, tapestries, and other bona fide works of art, rarity, historical value, or artistic merit such as rugs, statuary, marbles, bronzes, antiques, furniture, rare books, antique silver, manuscripts, porcelains, rare glass, and bric-a-brac.

26. **"Finished stock"** means **"goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale.

    **"Finished stock"** does not mean **"goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale on a **"premises"** or **"reported unscheduled premises"** of any retail outlet at which you are insured by Business Income Insurance.

27. **"Fire protection sprinkler system piping"** means valves, fittings, and piping located above the lowest floor, and limited to risers, check valves, control valves, gauges, feed mains, cross mains, branch lines, arm-overs, sprigs, and automatic sprinkler heads located inside the building as part of the fire protection sprinkler system.

28. **"Flood"** means a general and temporary condition of partial or complete inundation of land areas from:

    **a.** The overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water or watercourse;

    **b.** Waves or tides, including tsunami;

    or their spray, whether driven by wind or not.

29. **"Fungus"** means any type or form of fungus, mold, or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

30. **"Goods you have manufactured"** means:

    **a.** Goods manufactured at a location you own or operate; and

    **b.** Goods manufactured at a location that you do not own or operate, provided:

        **1)** You contracted for the goods to be manufactured exclusively for you; and

        **2)** You are the owner or licensee of the design, patent, trademark, or copyright for the goods.

31. **"Green roofing systems"** means environmentally friendly roof coverings as defined by the LEED® Green Building Rating System™ of the U.S. Green Building Council or any other trees, shrubs, plants, grass, or lawns and other landscaping materials which are part of a vegetated roof.

32. **"Gross leasehold interest"** means:

    **a.** The monthly rental value of the **"premises"** or **"reported unscheduled premises"** you rent or lease on the date the direct physical loss or damage occurs; minus

    **b.** The actual monthly rent you pay, including taxes, insurance, janitorial, or other services you pay as part of the rent.

    Example:

    | | |
    |---|---|
    | Monthly rental value of your leased **"premises"**: | $1,000 |
    | Monthly rent including taxes, insurance, janitorial, or other services that you pay for as part of the rent: | - $700 |
    | **"Gross leasehold interest"** | $300 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

33. **"Improvements and betterments"** means fixtures, alterations, installations, or additions:

   **a.** Comprising a part of the building you occupy as a tenant but do not own;

   **b.** Made or acquired at your expense exclusive of rent paid by you or for which you are legally required by written contract to insure; and

   **c.** Which you cannot remove legally.

34. **"Information technology services"** means technology services provided under a written contract consisting of:

   **a.** Maintaining, managing, or controlling **"computer systems"**;

   **b.** Hosting or facilitating your internet website or web application(s); and

   **c.** Other related technology services.

   **"Information technology services"** does not mean video, voice, or data communication services.

35. **"Installation property"** means materials, supplies, equipment, and machinery, and any other similar property owned by you or owned by others, which are in your care, custody, or control, that you are contractually responsible for, which are intended to become a permanent part of an **"installation or service premises"**.

   **"Installation property"** does not mean **"landscaping materials"** or land.

36. **"Installation or service premises"** means a location that is not owned, leased, or operated by you, at which you are installing, constructing, or servicing property.

   **"Installation or service premises"** does not mean a **"rigging premises"**.

37. **"Landscaping materials"** means trees, shrubs, plants, grass, lawns, and other landscaping materials, including **"green roofing systems"** owned by you or owned by others, which are in your care, custody, or control that you are contractually responsible for, and intended to become a permanent part of an **"installation or service premises"**.

   **"Landscaping materials"** does not mean trees, shrubs, plants, grass, lawns, or other landscaping materials or **"green roofing systems"**  that exist as a permanent part of an **"installation or service premises"** prior to the start of the project.

38. **"Leader locations"** means locations owned and operated by others who you depend on to attract customers to your business.

39. **"Malfunction"** means any abnormal or imperfect function, including the failure to function, of machinery, systems, apparatus, or equipment.

40. **"Manager"** means a person elected by the **"members"** to direct the limited liability company's business affairs.

41. **"Manufacturing locations"** means locations owned and operated by others who you depend on to manufacture products for delivery to your customers under contract of sale.

42. **"Market value"** means the price which the property might be expected to realize if offered for sale in a fair market on the date of loss or damage.

43. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may serve as a **"manager"**.

44. **"Merchandise"** means:

   **a.** Goods held for sale or installation by you which are not **"goods you have manufactured"**; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 7 of 17

000069

b. **"Goods you have manufactured"** which are completed and ready for packing, shipment, installation, or sale on a **"premises"** or **"reported unscheduled premises"** of any retail outlet at which you are insured by Business Income Insurance.

45. **"Microorganism"** means any type or form of organism of microscopic or ultramicroscopic size including, but not limited to, **"fungus"**, wet or dry rot, virus, algae, or bacteria, or any by-product.

46. **"Mistake"** means any act or decision, whether intentional or negligent, including the failure to act or decide, of any person, group, organization, or governmental body which creates or allows a result which is unexpected, inadequate, defective, faulty, or otherwise unsuitable for the intended purpose.

47. **"Money"** means:

a. Currency, coins, bullion, or bank notes, whether or not in current use; and

b. Travelers checks, register checks, food stamps, and money orders held for sale to the public.

48. **"Monthly leasehold interest"** means the original costs you paid for:

a. Bonus Payments – **"Money"** you originally paid to acquire your lease, but not including rent, prepaid rent, or security; and

b. Prepaid Rent - Advance rent you paid that will not be refunded to you, other than periodic rental payments,

divided by the number of months left in your lease at the time of the expenditure.

Example:

| | |
|---|---|
| Original cost of Bonus Payment | $4,000 |
| With 20 months left in the lease at the time of Bonus Payment | ÷20 |
| **"Monthly leasehold interest"** | $200 |

49. **"Net income"** means the net profit or loss, including rental income from tenants, that would have been earned or incurred before taxes.

50. **"Net leasehold interest"** means the sum of:

a. The net present value of your **"gross leasehold interest"** for each remaining month of your lease, discounted at the Prime Rate prevailing on the date the direct physical loss or damage occurs, rounded to the nearest whole number; plus

b. Your **"monthly leasehold interest"** times the number of months left in your lease on the date direct physical loss or damage occurs, rounded to the nearest whole number.

Example:

With 20 months left in lease and 10% Prime Rate:

| | |
|---|---|
| **"Gross leasehold interest"** | $300 |
| Net Present Value Factor x 18.419 for 20 months | X 18.419 |
| Subtotal **a.** | $5,526 |
| **"Monthly leasehold interest"** | $200 |
| With 20 months left in lease | x 20 |
| Subtotal **b.** | $4,000 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 8 of 17
000070

**"Net leasehold interest"**

Subtotal **a.** + Subtotal **b.**                                    $9,526

51. **"Newly acquired premises"** means a permanently fixed location you own, lease, rent, or control. The location becomes a **"newly acquired premises"** on the later of:

   **a.**  The date you obtain possession or control of the location; or

   **b.**  The date **"real property"** or **"personal property"** in which you have an insurable interest is first placed at the location.

   **"Newly acquired premises"** does not mean:

   **a.**  A **"premises"**;

   **b.**  An **"unreported premises"**;

   **c.**  A **"reported unscheduled premises"**;

   **d.**  A fair or exhibition;

   **e.**  An **"installation or service premises"**;

   **f.**  A **"rigging premises"**; or

   **g.**  A **"temporary storage location"**.

52. **"Off-premises service interruption"** means the interruption of power or other utility services supplied to a covered location, however caused, if the interruption takes place away from the covered location.

53. **"Operations"** means:

   **a.**  Your business activities occurring at the covered location prior to the physical loss or damage; and

   **b.**  The covered location is tenantable prior to the physical loss or damage.

   **"Operations"** does not mean:

   **a.**  The activities of those with whom you do business;

   **b.**  Investing or financing activities conducted for your own account; or

   **c.**  **"Research and development operations"**.

54. **"Original information property"** means recorded information in any format which cannot be copied from an existing original or duplicate or replaced by purchasing an existing duplicate that is available for sale, including any material it is recorded upon.

   **"Original information property"** does not mean:

   **a.**  **"Stock"**;

   **b.**  **"Fine arts"**;

   **c.**  **"Money"**;

   **d.**  **"Securities"**;

   **e.**  **"Electronic data processing hardware"**; or

   **f.**  **"Research and development property"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission          PPP-0103 (03 14)
Contains copyrighted material of the American Association of Insurance Services          Page 9 of 17

**000071**

55. **"Outdoor trees, shrubs, plants, or lawns"** means outdoor trees, shrubs, plants, grass, or lawns you own.

**"Outdoor trees, shrubs, plants, or lawns"** does not mean:

   **a.** Growing crops;

   **b.** Standing timber;

   **c.** **"Landscaping materials"**;

   **d.** **"Stock"**, or

   **e.** **"Green roofing systems"**.

56. **"Period of restoration"** means the period of time that begins when:

   **a.** The direct physical loss or damage that causes **"suspension"** of your **"operations"** occurs; or

   **b.** The date **"operations"** would have begun if the start of **"operations"** is delayed because of loss of or damage to any of the following:

      **1)** **"Real property"**, whether complete or under construction;

      **2)** Alterations or additions to **"real property"**; or

      **3)** **"Personal property"**:

         **a)** Used in such construction, alterations, or additions;

         **b)** Incidental to the occupancy of the area intended for construction, alteration, or addition; or

         **c)** Incidental to the alteration of the occupancy of an existing building or structure.

If you resume **"operations"**, with reasonable speed, the **"period of restoration"** ends on the earlier of:

   **a.** The date when the location where the loss or damage occurred could have been physically capable of resuming the level of **"operations"** which existed prior to the loss or damage, if the location had been restored to the physical size, construction, configuration, location, and material specifications which would satisfy the minimum requirements necessary to obtain all required building permits, occupancy permits, operating licenses, or similar documents; or

   **b.** The date when a new permanent location is physically capable of resuming the level of **"operations"** which existed prior to the loss or damage, if you resume **"operations"** at a new permanent location.

If you do not resume **"operations"**, or do not resume **"operations"** with reasonable speed (whether at your **"premises"** or **"reported unscheduled premises"** or elsewhere), the **"period of restoration"** will end on the date when the location where the loss or damage occurred could have been restored to the physical size, construction, configuration, location, and material specifications which existed at the time of loss or damage, with no consideration for any time:

   **a.** Which would have been required to make changes in order to satisfy the minimum requirements necessary to obtain all required building permits, occupancy permits, operating licenses, or similar documents; and

   **b.** Which would have been necessary to make the location physically capable of resuming the level of **"operations"** which existed prior to the loss or damage after the completion of repairs, replacement, or rebuilding.

**"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"pollutants"** or **"microorganisms"**.

The expiration date of this policy will not cut short the **"period of restoration"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 70 of 17

**000072**

57. **"Personal property"** means:

   a. **"Your personal property"**;

   b. **"Your employees' personal property"**;

   c. **"Personal property of others"** in your care, custody, or control;

   d. The value of labor, materials, or services furnished or arranged by you on **"personal property of others"**;

   e. Your interest in **"improvements and betterments"** to buildings or structures; and

   f. Glass which, as a tenant, you are required to insure.

   **"Personal property"** does not mean:

   a. Naturally occurring water;

   b. Growing crops or standing timber;

   c. **"Outdoor trees, shrubs, plants, or lawns"**;

   d. **"Green roofing systems"**;

   e. **"Money"**, bills, notes, or **"securities"**;

   f. Contraband or property in the course of illegal transportation or trade;

   g. Animals, unless:

      1) Owned by others and boarded by you; or

      2) Owned by you as **"stock"** while inside of buildings;

   h. **"Fine arts"**;

   i. **"Original information property"**;

   j. Vehicles or self-propelled machines (including aircraft or watercraft) that:

      1) Are licensed for use on public roads; or

      2) Are operated principally away from a **"premises"** or **"reported unscheduled premises"**;

     But not:

      1) Vehicles or self-propelled machines you manufacture, process, warehouse, or hold for sale, other than vehicles licensed for use on public roads;

      2) Vehicles licensed for use on public roads that you manufacture, process, warehouse, or hold for sale, while on a **"premises"** or **"reported unscheduled premises"**; or

      3) Unpowered watercraft while out of water on a **"premises"** or **"reported unscheduled premises"**;

   k. Property contained in underground mines, mine shafts, caverns, open pits, or quarries; or

   l. **"Research and development property"**.

58. **"Personal property of others"** means personal property not owned by you, your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

59. **"Pollutants"** means any solid, liquid, gaseous, or thermal irritant, or **"contaminant"**, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned, or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

60. **"Premises"** means:

A location scheduled on the Declarations for this Commercial Property Coverage Part.

   **a.**   If the location is described by an address only, it includes the area associated with that address in which you are legally entitled to conduct your business activities and includes that area extending 1,000 feet beyond the address.

   **b.**   If the location is described by an address and further described by geographic boundaries, it includes only the area within such geographic boundaries in which you are legally entitled to conduct your business activities and includes that area extending 1,000 feet beyond that area.

   If you are a tenant, for purposes of **"time element coverage"**, **"premises"** includes those portions of the location not rented or intended to be rented to others.

61. **"Raw stock"** means material in the state in which you acquired it for conversion into **"finished stock"**.

62. **"Real property"** means:

   **a.**   Buildings, including their **"green roofing systems"**;

   **b.**   Permanent structures;

   **c.**   Equipment and apparatus used to maintain or service the buildings, structures, or their **"premises"** or **"reported unscheduled premises"**; and

   **d.**   Materials, equipment, supplies, and temporary structures used for making additions, alterations, or repairs to the buildings or permanent structures.

**"Real property"** does not mean:

   **a.**   **"Fine arts"**;

   **b.**   Land;

   **c.**   Water;

   **d.**   Underground mines, mine shafts, caverns, open pits, or quarries;

   **e.**   Growing crops or standing timber;

   **f.**   **"Outdoor trees, shrubs, plants, or lawns"**;

   **g.**   **"Research and development property"**;

   **h.**   **"Contractor's equipment"**;

   **i.**   **"Contractor's employees' property"**;

   **j.**   **"Installation property"**;

   **k.**   **"Landscaping materials"**; or

   **l.**   Property of others in your care, custody, or control for **"rigging"**.

63. **"Recipient locations"** means locations owned or operated by others, who you depend on to accept your products or services.

64. **"Replacement cost"** means the lesser of:

   **a.**   **Repair Cost**

   The cost to repair the **"real property"** or **"personal property"** at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 72 of 17

000074

with all applicable zoning, land use, or construction codes in force at the time of loss or damage.  This includes the cost to reconstruct or remodel undamaged portions of the **"real property"** when those costs are a consequence of enforcement of such codes.

**b.  Rebuild Cost**

The cost to rebuild the **"real property"** or **"personal property"** at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss or damage.  Unless otherwise required at the time of loss by the applicable codes, this cost will be based on rebuilding at the same location where the loss occurred.

**c.  Replace Cost**

The cost to replace the **"real property"** or **"personal property"** at the time of direct physical loss or damage with new materials of like kind and quality, of similar size, for the same use or occupancy, and in compliance with all applicable zoning, land use, or construction codes in force at the time of loss.  Unless otherwise required at the time of loss by the applicable codes, this cost will be based on replacing at the same location where the loss or damage occurred.

If property of the same kind and quality is no longer available, we will pay to replace it with other property of similar quality and function, including property of greater processing capacity.

**"Real property"** and **"personal property"** valuation includes the cost you paid for non-refundable or non-transferable extended warranties, maintenance contracts, or service contracts which were still in force at the time of loss or damage and are no longer valid as a result of loss of or damage to **"real property"** or **"personal property"**.

If there is an ordinance or law in force at the time of loss or damage that regulates zoning, land use, or construction of **"real property"** or **"personal property"** at the **"premises"** or **"reported unscheduled premises"**, and if loss or damage covered by this Commercial Property Coverage Part causes a demolition order to be issued pursuant to any such ordinance or law, **"replacement cost"** includes the costs to demolish and clear the site of the undamaged portion of the **"real property"** or **"personal property"**.

**"Replacement cost"** does not mean:

**a.**  Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**;

**b.**  Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by **"pollutants"** or due to the presence, growth, proliferation, spread, or any activity of **"microorganisms"**; or

**c.**  Costs to comply with any ordinance or law that you were required to comply with before the loss or damage.

**65.**  **"Reported unscheduled premises"** means permanently fixed locations for which you have submitted a schedule on file with us containing:

**a.**  The address of the location and includes that area extending 1000 feet beyond the address;

**b.**  An identification of the property, business income, or extra expense to be covered; and

**c.**  The value of such identified property, business income, or extra expense.

If you are a tenant, for purposes of **"time element coverage"**, **"reported unscheduled premises"** includes those portions of the location not rented or intended to be rented to others.

**"Reported unscheduled premises"** does not mean:

**a.**  A **"premises"**;

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

**b.** A **"newly acquired premises"**;

**c.** An **"unreported premises"**;

**d.** A fair or exhibition;

**e.** An **"installation or service premises"**;

**f.** A **"temporary storage location"**;

**g.** A **"rigging premises"**; or

**h.** With respect to loss or damage covered by any **"time element coverage"**, a **"dependent premises"**.

66. **"Research and development continuing expenses"** means your continuing normal operating expenses that are directly attributable to **"research and development operations"**, including payroll, rental payments as tenants, and factory overhead.

67. **"Research and development extended period of indemnity"** means the period of time that begins on the date the **"period of restoration"** ends and ends on the earlier of:

**a.** The effective date of new contracts that will utilize that portion of your **"research and development continuing expenses"** attributable to a suspension, lapse, or cancellation for which coverage is provided under paragraph **b.** of the Extended Period of Indemnity Additional Coverage; or

**b.** The date calculated by adding the number of days shown on the Declarations for Research and Development Extended Period of Indemnity--Business Income to the date the **"period of restoration"** ended.

68. **"Research and development operations"** means your business activities where **"research and development property"** is being planned, created, developed, or tested.

69. **"Research and development property"** means:

**a.** Information which cannot be duplicated or purchased from another source, including any material it is inscribed, printed, written, or recorded upon, including documents, manuscripts, records, data, or programs, developed or used in conjunction with any research and development project;

**b.** Original or experimental property;

**c.** Prototypes or samples;

**d.** Experiments in progress;

**e.** Biological products, processes, or cultures; and

**f.** **"Research animals"**.

**"Research and development property"** does not mean:

**a.** Animals, other than **"research animals"**;

**b.** **"Money"**, bills, notes, or **"securities"**;

**c.** **"Stock"**;

**d.** **"Fine arts"**; or

**e.** Growing plants or crops.

70. **"Research animal"** means any multi-cellular organism that is used in your **"research and development operations"**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 14 of 17

000076

71. **"Rigging"** means rigging, hoisting, moving, erecting, lowering, and millwright work.

72. **"Rigging premises"** means a location for the purpose of:

   a. **"Rigging"**;

   b. Assembling or dismantling work done in connection with a **"rigging"** project; or

   c. Operations incidental to a **"rigging"**, assembling, or dismantling project.

73. **"Salespersons samples"** means **"personal property"** that is in the custody of one of your salespersons and used only for sample purposes.

74. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or property and includes:

   a. Tokens, tickets, revenue, and other stamps whether or not in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you.

   **"Securities"** does not mean:

   a. **"Money"**; or

   b. Lottery tickets held for sale.

75. **"Sinkhole collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

   **"Sinkhole collapse"** does not mean the:

   a. Sinking or collapse of land into man-made underground cavities;

   b. Sinking or collapse of land caused by or resulting from **"flood"**; or

   c. Cost of filling sinkholes.

76. **"Specified causes of loss"** means the following:

   a. Fire;

   b. Lightning;

   c. Explosion;

   d. Windstorm or hail;

   e. Smoke;

   f. Aircraft or vehicles;

   g. Riot or civil commotion;

   h. Vandalism;

   i. Leakage from fire extinguishing equipment;

   j. **"Sinkhole collapse"**;

   k. Volcanic action;

   l. Falling objects, excluding loss or damage to:

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 75 of 17
000077

1) **"Personal property"** in the open; or

2) The interior of buildings or property inside buildings, unless the roof or an outside wall of the building is first damaged by a falling object;

**m.** Weight of snow, ice, or sleet;

**n.** Accidental discharge or leakage of water or steam from any part of a system or appliance containing water or steam; and

**o.** **"Equipment breakdown cause of loss"**, excluding loss of or damage to **"stock"** caused by the discharge, dispersal, release, or escape of refrigerants.

77. **"Stock"** means the following:

    **a.** **"Raw stock"**;

    **b.** **"Stock in process"**;

    **c.** **"Finished stock"**; and

    **d.** **"Merchandise"**.

78. **"Stock in process"** means **"raw stock"** which has undergone aging, seasoning, mechanical, or other process of manufacture but which has not become **"finished stock"**.

79. **"Suspended equipment"** means any boiler, fired or unfired vessel, refrigerating or air conditioning system, piping and its accessory equipment, and any mechanical or electrical machine or apparatus used for the generation, transmission, or utilization of mechanical or electrical power, provided we have complied with the requirements described in the Suspended Equipment Condition contained in the COMMERCIAL PROPERTY CONDITIONS.

80. **"Suspension"** means:

    **a.** The slowdown or cessation of your business activities; or

    **b.** That a part or all of the covered location is rendered untenantable.

81. **"Temporary storage location"** means a permanently fixed location that you lease, rent, or occupy for a period of less than one year where **"stock"** or **"installation property"** that is to become a permanent part of an **"installation or service premises"** is stored while waiting to be delivered to an **"installation or service premises"** and there is a written construction or installation contract or agreement to install that **"stock"** or **"installation property"** at that **"installation or service premises"**.

**"Temporary storage location"** does not mean:

    **a.** A **"premises"**;

    **b.** A **"newly acquired premises"**;

    **c.** A **"reported unscheduled premises"**;

    **d.** A **"rigging premises"**;

    **e.** A fair or exhibition; or

    **f.** An **"unreported premises"**.

82. **"Time element coverage"** means the coverage provided under any of the following:

    **a.** BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE);

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 36 of 17

000078

**b.** BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY; or

**c.** EXTRA EXPENSE COVERAGE FORM.

83. **"Unreported premises"** means a permanently fixed location that contains **"real property"** or **"personal property"** in which you have an insurable interest, but has not been reported to us.

**"Unreported premises"** does not mean:

**a.** A **"premises"**;

**b.** A **"newly acquired premises"**;

**c.** A **"reported unscheduled premises"**;

**d.** A **"rigging premises"**;

**e.** A fair or exhibition;

**f.** An **"installation or service premises"**;

**g.** A **"temporary storage location"**; or

**h.** With respect to loss or damage covered by any **"time element coverage"**, a **"dependent premises"**.

84. **"Your employees' personal property"** means personal property owned by your officers, directors, partners, **"managers"**, **"members"**, or employees (including leased or temporary employees).

85. **"Your personal property"** means personal property owned by you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Contains copyrighted material of the American Association of Insurance Services

PPP-0103 (03 14)
Page 77 of 17

000079



# Real and Personal Property Coverage Form

**Table of Contents**

| **Section** | **Page No.** |
|---|---|
| Coverage | 1 |
| Excluded Causes of Loss | 1 |
| Limitations | 6 |
| Deductible | 6 |
| Valuation | 6 |
| Optional Coverage | 7 |



# Real and Personal Property Coverage Form

## A. COVERAGE

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"premises"** directly caused by a **"covered cause of loss"**.  We will not pay more in any one occurrence than the applicable Limit of Insurance shown on the Declarations for such loss of or damage to Covered Property at that **"premises"**.

## B. EXCLUDED CAUSES OF LOSS

### 1. Artificially Maintained Conditions

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

### 2. Cracking and Settling

We will not pay for loss or damage caused by or resulting from bulging, cracking, shrinkage, expansion, or settling of **"real property"** or **"personal property"**.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

### 3. Disappearance or Shortage

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the property.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

### 4. Dishonest Acts

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the property for any purpose:

**a.** Acting alone or in collusion with others; or

**b.** Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.** Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**5. Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

If loss of or damage to **"real property"** or **"personal property"** caused by leakage from **"fire protection sprinkler system piping"** results from **"earth movement"**, and there is no other loss or damage from **"earth movement"** to that same property, we will pay for the direct physical loss or damage caused solely from the **"fire protection sprinkler system piping"** leakage.

**6. Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

**7. Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.** Wear and tear;

**b.** Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.** Smog;

**d.** Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.** Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

8.  **Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

9.  **Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

a.  Seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread; or

b.  Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to:

    1)  Covered **"real property"**; or

    2)  Covered **"personal property"**;

    directly caused by a **"covered cause of loss"**.

    However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**.

10. **Impact Damage**

We will not pay for loss or damage caused by or resulting from water, including water pressure, ice, or impact of watercraft to buildings or structures located on or partially over water, including retaining walls, bulkheads, piers, wharves, docks, or any other property located on those structures.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

11. **Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

12. **Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**13. Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**14. Off-Premises Service Interruption**

We will not pay for loss or damage caused by or resulting from any **"off-premises service interruption"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

**15. Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release, or escape of **"pollutants"**.  But, if the discharge, dispersal, seepage, migration, release, or escape is caused by a **"specified cause of loss"**, we will pay only for that portion of the loss or damage solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"pollutants"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

**16. Process Failures, Defects, or Errors**

We will not pay for any of the following:

**a.**  Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, calibration, development, distribution, installation, manufacturing, maintenance, processing, repair, research, or testing of such **"stock"**.

**b.**  Loss or damage, including the costs of correcting or making good, caused by or resulting from:

PPP-0110 (03 14)

000084

**1)** A **"mistake"** in planning, zoning, development, surveying, siting;

**2)** A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**3)** A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

**4)** Insufficient or failure of maintenance or servicing,

of part or all of any property on or off a **"premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**d.** Loss of or damage to machinery or equipment while undergoing a pressure or electrical test.  This exclusion applies even if this excluded cause of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

## 17. Suspended Equipment

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**.  This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

## 18. War and Military Action

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C.  LIMITATIONS

**1.**   The following types of property are covered only up to the Limits of Insurance shown below in any one occurrence for loss or damage due to theft:

**a.**   $2,500 for furs, fur garments, and garments trimmed with fur.

**b.**   $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals.

This limit does not apply to:

**i.**   Jewelry or watches worth $100 or less per item; or

**ii.**   Precious or semiprecious stones or metals used for industrial purposes.

**c.**   $250 for lottery tickets held for sale.

These Limits of Insurance are included in, and not in addition to, any other applicable Limits of Insurance.

**2.**   We will pay for direct physical loss of or damage to **"green roofing systems"** directly caused by a **"covered cause of loss"** other than loss or damage caused by or resulting from:

**a.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals;

**b.**   Disease;

**c.**   Changes in or extremes of temperature;

**d.**   Dampness or dryness of atmosphere or of soil supporting the vegetation; or

**e.**   Rain, snow, hail, ice, or sleet.

## D.  DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

## E.  VALUATION

We will determine the amount of covered loss or damage as follows:

**1.**   Except as provided in 2., 3., 4., 5., 6., and 7. below, the lesser of the following amounts:

**a.**   The **"replacement cost"**; or

**b.**   The **"amount you actually spend"** to repair, rebuild, or replace the **"real property"** or **"personal property"** at the same or another location.

**2.**   Except as provided in 3., 5., 6., and 7. below, **"real property"** or **"personal property"**, other than **"improvements and betterments"**, which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged **"real property"** or **"personal property"** within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement, we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

3. **"Merchandise"** which has been sold but not delivered and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

4. **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing. In no event will overhead be calculated in accordance with the principles of Absorption Costing.

5. **"Improvements and betterments"** at:

   a. The **"replacement cost"** if you make repairs with reasonable speed.

   b. A proportion of your original cost if you do not make repairs with reasonable speed. We will determine the proportionate value as follows:

      1) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      2) Divide the amount determined in 1) above by the number of days from the installation of **"improvements and betterments"** to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will be used as the expiration of the lease.

   c. That portion which has not been paid if others pay for repairs, rebuilding, or replacement.

6. **"Personal property"** which has been permanently removed from service at **"actual cash value"**.

7. **"Duplicate information property"** at the lesser of:

   a. The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

   b. The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

## F.   OPTIONAL COVERAGE

**Margin Clause**

If Margin Clause is shown on the Declarations, we will not pay more than the lesser of the following:

1. The amount of covered loss or damage at the **"premises"**; or

2. The percentage applied to the applicable Limit of Insurance for such property at the **"premises"**.

The most we will pay is the applicable percentage shown on the Declarations for Margin Clause. However, in no event will we pay more than $5,000,000 over the applicable Limits of Insurance shown on the Declarations for that **"premises"**.

This Optional Coverage for **"real property"** or **"personal property"** does not apply to:

1. Any Limit of Insurance applicable to more than one **"premises"**; or

2. Any other Limit of Insurance applicable for which a specific coverage Limit of Insurance is provided.

# Additional Coverages Form



**Table of Contents**

| **Section** | **Page No.** |
|---|---|
| Additional Coverages | 1 |
| Consequential Loss--Net Leasehold Interest | 1 |
| Consequential Loss--Tenant's Improvements and Betterments | 2 |
| Consequential Loss--Undamaged Stock | 2 |
| Contamination by a Refrigerant. | 2 |
| Debris Removal | 3 |
| Deferred Payments | 3 |
| Electronic Vandalism--Direct Damage | 4 |
| Expediting Expense | 4 |
| Fairs or Exhibitions | 4 |
| Fire Department Service Charge | 4 |
| Fire Protective Equipment Refills | 5 |
| Inflation Guard | 5 |
| Lock and Key Replacement | 5 |
| Microorganisms | 6 |
| Newly Acquired Premises | 6 |
| Newly Acquired Property | 6 |
| Off-Premises Service Interruption--Direct Damage | 7 |
| Outdoor Trees, Shrubs, Plants, or Lawns | 7 |
| Pollutant Clean Up and Removal--Land and Water | 8 |
| Preservation of Property | 8 |
| Professional Fees | 8 |

**Section**                                                                    **Page No.**

Reported Unscheduled Premises ................................................................    8

Reward Payments.........................................................................................    9

Salespersons Samples ................................................................................    9

Spoilage--Equipment Breakdown ..............................................................    9

Theft Damage to Buildings .........................................................................    9

Unreported Premises ..................................................................................   10

Deductible ...................................................................................................   10

ZURICH ®

# Additional Coverages Form

## A. ADDITIONAL COVERAGES

The following are Additional Coverages to coverages set forth in this Commercial Property Coverage Part. If you have not chosen a coverage elsewhere in this Commercial Property Coverage Part, there is no coverage under its corresponding Additional Coverages. For example, if you do not have coverage for **"stock"** under the REAL AND PERSONAL PROPERTY COVERAGE FORM, you will not have coverage related to **"stock"** under the Consequential Loss--Undamaged Stock Additional Coverage, or any other Additional Coverage for **"stock"**.

Each of the following Additional Coverages apply independently of one another. Unless otherwise stated, the excluded causes of loss, exclusions, terms, and conditions in the applicable Coverage Forms apply to these Additional Coverages.

The most we will pay for loss, damage, cost, or expense under any of the following Additional Coverages are the Limits of Insurance shown on the Declarations. Limits for these Additional Coverages apply in addition to any other applicable policy limits, unless otherwise stated.

### 1. Consequential Loss--Net Leasehold Interest

We will pay for the loss of **"net leasehold interest"** you sustain when your lease is cancelled:

**a.** By the lessor; and

**b.** As a result of a valid condition of your lease,

due to direct physical loss of or damage to **"real property"** or **"personal property"** directly caused by a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**. We will not pay more than the **"net leasehold interest"** at the time of the cancellation of the lease. However, if your lease is cancelled and your landlord lets you continue to use the **"premises"** or **"reported unscheduled premises"** under a new lease, we will not pay more than:

**a.** The rent you will pay under the new lease; minus

**b.** The rent you were paying at the time of cancellation.

We will not pay under this Additional Coverage if the **"premises"** or **"reported unscheduled premises"** where the lease is cancelled had been vacant for more than 60 consecutive days prior to the loss or damage unless you had entered into an agreement to sublease the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Net Leasehold Interest.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**2.    Consequential Loss--Tenant's Improvements and Betterments**

We will pay for the value of undamaged **"improvements and betterments"** when your lease is cancelled:

**a.**    By the lessor; and

**b.**    As a result of a valid condition of your lease,

due to direct physical loss of or damage to **"real property"** or **"personal property"** directly caused by a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**.

If you rent an entire building, we will pay only if:

**a.**    At least 25% of the area of that entire building has been damaged; or

**b.**    A minimum of 6 months remains in your current lease and at least 6 months is required to repair the building for your occupancy.

If you rent a portion of a building, we will only pay if:

**a.**    A minimum of 6 months remains in your lease; and

**b.**    At least 6 months is required to repair the building for your occupancy.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Tenant's Improvements and Betterments.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**3.    Consequential Loss--Undamaged Stock**

We will pay for the consequential loss in value of undamaged **"stock"** which has become unmarketable as a complete product because of direct physical loss of or damage to other **"stock"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Consequential Loss--Undamaged Stock.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**4.    Contamination by a Refrigerant**

We will pay for direct physical loss of or damage to **"stock"** caused by the release or escape of refrigerants from any equipment located at a **"premises"** or **"reported unscheduled premises"** provided the release or escape was not caused by or resulted from **"flood"** or **"earth movement"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Contamination by a Refrigerant.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**5. Debris Removal**

**a.** We will pay your expense to remove debris of Covered Property, for which a Limit of Insurance is shown on the Declarations, remaining after a **"covered cause of loss"**.  The most we will pay under this Additional Coverage for Debris Removal is the remaining applicable Limit of Insurance for the Covered Property shown on the Declarations after payment of the covered physical loss or damage.

If the total of the loss or damage and debris removal expense exceeds the applicable Limit of Insurance, we will pay the remaining debris removal expenses.  The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Debris Removal--Supplemental Limit.

**b.** If wind causes direct physical loss of or damage to Covered Property, we will also pay for the expenses you incur to remove debris of uncovered property that is blown on to the **"premises"** or **"reported unscheduled premises"** by wind and to remove debris of **"outdoor trees, shrubs, plants, or lawns"** damaged by wind.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Debris Removal--Uncovered Property.

In no event will there be any coverage under this Debris Removal Additional Coverage for any costs to:

**a.** Extract **"pollutants"** from land or water; or

**b.** Remove, restore, or replace polluted land or water.

The expenses will be paid only if they are reported to us in writing within 180 days of the date of loss or damage.

**6.    Deferred Payments**

We will pay your financial interest in **"personal property"** that suffers direct physical loss or damage directly caused by a **"covered cause of loss"** after delivery to buyers and sold by you on a conditional sale or trust agreement, or any installment or deferred payment plan.

This Additional Coverage does not apply to default of such agreement or plan by the buyer.

We will determine the amount of covered loss or damage as follows:

**a.** In the event of a total loss and the buyer refuses to continue payment, coverage will be valued based on the amount shown on your books as due from the buyer;

**b.** In the event of partial loss or damage and the buyer refuses to continue payment, forcing you to repossess, coverage will be valued as follows:

If the realized value of the repossessed **"personal property"** is:

**1)** Greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; or

**2)** Less than the amount shown on your books as due from the buyer, we will pay the difference, less any amount that was past due at the time of loss by more than 30 days; and

**c.** When a loss occurs and the buyer continues to pay you, there will be no loss payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**000092**

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Deferred Payments.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**7.    Electronic Vandalism--Direct Damage**

We will pay for loss of or damage to **"accounts receivable records"**, **"duplicate information property"**, **"electronic data processing hardware"**, **"original information property"** or **"research and development property"** caused by **"electronic vandalism"**.

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Electronic Vandalism--Direct Damage.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**8.    Expediting Expense**

In the event of covered loss of or damage to **"real property"** or **"personal property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**, we will pay reasonable and necessary additional expenses you incur for temporary repair of damage to such **"real property"** or **"personal property"** and the additional expenses you incur for expediting the permanent repair or replacement of such damaged property.  This Additional Coverage does not include expenses recoverable elsewhere in this Commercial Property Coverage Part.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Expediting Expense.

**9.    Fairs or Exhibitions**

We will pay for direct physical loss of or damage to **"personal property"**:

**a.**    At fairs or exhibitions; and

**b.**    In transit to or from fairs or exhibitions,

directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Fairs or Exhibitions--Personal Property.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**10.    Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a **"covered cause of loss"** at a **"premises"** or **"reported unscheduled premises"**, we will pay for your liability for the fire department service charges:

**a.**    Assumed by contract or agreement prior to loss; or

**b.**    Required by local ordinance, law, or statute.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**000093**

We will also pay for those costs incurred by your fire brigade to save or protect Covered Property from a fire, but not including the costs to refill fire protective equipment.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Fire Department Service Charge.

No deductible applies to this Additional Coverage.

**11.**  **Fire Protective Equipment Refills**

We will pay the reasonable and necessary costs you incur to refill fire protective equipment which has been discharged:

**a.**  Accidentally; or

**b.**  In the course of saving or protecting Covered Property from a **"covered cause of loss"**.

No Limit applies to this Additional Coverage.

**12.**  **Inflation Guard**

The Limits of Insurance to which the Inflation Guard applies will automatically increase by the annual percentage shown on the Declarations.

The amount of the increase will be:

**a.**  The Limit of Insurance that applied on the most recent of this Commercial Property Coverage Part's inception date, anniversary date, or date of any other Commercial Property Coverage Part change amending the Limit of Insurance, multiplied by

**b.**  The percentage of annual increase shown on the Declarations, expressed as a decimal (Example: 8% is .08), multiplied by

**c.**  The number of days since the beginning of the most recent Commercial Property Coverage Part year or the effective date of the most recent Commercial Property Coverage Part change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | The applicable Limit of Insurance is | $100,000 |
|---|---|---|
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the Coverage Part Year (or last Coverage Part change) is | 146 |
| Then: | The amount of increase is $100,000 x .08 x 146 / 365 = | $  3,200 |
| | The available Limit of Insurance is | $103,200 |

**13.**  **Lock and Key Replacement**

We will pay the reasonable cost of:

**a.**  Entry key replacement if keys to a **"premises"** or **"reported unscheduled premises"** are stolen; or

**b.**  Entry lock repair or replacement made necessary by theft or attempted theft at a **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Lock and Key Replacement.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

14.   **Microorganisms**

We will pay the following when **"microorganisms"** are the result of a **"covered cause of loss"**, other than fire or lightning:

a.   Direct physical loss of or damage to Covered Property caused by **"microorganisms"**, including the cost of removal of the **"microorganisms"**;

b.   The reasonable cost to tear out and replace any part of the covered building or other property needed to gain access to the **"microorganisms"**; and

c.   The reasonable cost of testing performed after removal, repair, replacement, or restoration of the damaged property is completed, provided there is a reason to believe that the **"microorganisms"** are still present.

The most we will pay under this Additional Coverage in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Microorganisms.  Regardless of the number of claims, this Limit is the most we will pay for the total of all loss, damage, or cost, even if the **"microorganisms"** continue to be present, active, or recur.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

15.   **Newly Acquired Premises**

We will pay for direct physical loss of or damage to **"real property"** or **"personal property"** at a **"newly acquired premises"** directly caused by a **"covered cause of loss"**.

This Additional Coverage will automatically expire on the earliest of the following dates:

a.   The date you report the **"newly acquired premises"** to us;

b.   The number of days shown on the Declarations from the date the location becomes a **"newly acquired premises"**; or

c.   The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date the location becomes a **"newly acquired premises"**.

The most we will pay under this Additional Coverage at any one **"newly acquired premises"** is the applicable Limit of Insurance shown on the Declarations for Newly Acquired Premises.

16.   **Newly Acquired Property**

We will pay for direct physical loss of or damage to:

**a.**    Your newly acquired or constructed **"real property"** at a **"premises"** if coverage is not currently shown for **"real property"** at that **"premises"** on the Declarations; and

**b.**    Your newly acquired **"personal property"** at a **"premises"** if coverage is not currently shown for **"personal property"** at that **"premises"** on the Declarations.

This Additional Coverage will automatically expire on the earliest of the following dates:

**a.**    The date you report the newly acquired property to us;

**b.**    The number of days shown on the Declarations from the date construction of **"real property"** begins or completed **"real property"** or **"personal property"** is acquired; or

**c.**    The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date construction of **"real property"** begins or **"personal property"** or completed **"real property"** is acquired.

The most we will pay under this Additional Coverage at any one **"premises"** is the applicable Limit of Insurance shown on the Declarations for Newly Acquired Property.

**17.    Off-Premises Service Interruption--Direct Damage**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by an **"off-premises service interruption"**. The interruption must result from direct physical loss or damage directly caused by a **"covered cause of loss"** to any property located away from the **"premises"** or **"reported unscheduled premises"** and used to provide any of the following services to the **"premises"** or **"reported unscheduled premises"**:

**a.**    Water;

**b.**    Power, including steam and natural gas; or

**c.**    Communication.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Off-Premises Service Interruption--Direct Damage.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**18.    Outdoor Trees, Shrubs, Plants, or Lawns**

We will pay for direct physical loss of or damage to **"outdoor trees, shrubs, plants, or lawns"** at a **"premises"** or **"reported unscheduled premises"** directly caused by:

**a.**    Fire;

**b.**    Lightning;

**c.**    Explosion;

**d.**    Riot or civil commotion; or

**e.**    Aircraft.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** and for any one tree, shrub, plant, or lawn are the Limits of Insurance shown on the Declarations for Outdoor Trees, Shrubs, Plants, or Lawns.

19. **Pollutant Clean Up and Removal--Land and Water**

We will pay the reasonable expenses you incur to extract **"pollutants"** from land or water at a **"premises"** or **"reported unscheduled premises"** if the discharge, dispersal, seepage, migration, release, or escape of the **"pollutants"** is directly caused by a **"covered cause of loss"**.

This Additional Coverage does not apply to the costs to test for, monitor, or assess the existence, concentration, or effects of **"pollutants"**. But we will pay for the reasonable cost of testing performed in the course of extracting the **"pollutants"** from the land or water.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** in any one policy year is the Annual Aggregate Limit of Insurance shown on the Declarations for Pollutant Clean Up and Removal--Land and Water.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the **"covered cause of loss"** occurs.

20. **Preservation of Property**

If Covered Property is removed from a **"premises"** or **"reported unscheduled premises"** to preserve it from actual or imminent physical loss or damage caused by a **"covered cause of loss"**:

We will pay for:

a.  Any direct physical loss of or damage to Covered Property while it is being moved to or while stored at another location for up to the number of days shown on the Declarations for Preservation of Property; and

b.  The reasonable cost to remove Covered Property from the **"premises"** or **"reported unscheduled premises"**.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance shown on the Declarations for that Covered Property.

21. **Professional Fees**

We will reimburse you for the reasonable expenses you incur for professional services for auditors, accountants, architects, or engineers which are necessary to prepare a statement of loss or exhibits required in connection with any loss covered under this Commercial Property Coverage Part. This Additional Coverage does not apply to fees and costs of:

a.  Your employees; or

b.  Attorneys, public adjusters, loss appraisers, or loss consultants.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Professional Fees.

22. **Reported Unscheduled Premises**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"** at a **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"reported unscheduled premises"** is the applicable Limit of Insurance shown on the Declarations for Reported Unscheduled Premises.

23. **Reward Payments**

We will reimburse you for rewards you pay for information leading to:

    **a.**    The successful return of undamaged stolen Covered Property to you or a law enforcement agency; or

    **b.**    The arrest and conviction of any persons for having damaged or stolen your Covered Property.

The reward payments must be documented.

The most we will pay under this Additional Coverage in any one occurrence is 25% of the covered loss, prior to the application of any applicable deductible and recovery of any Covered Property, up to the Limit of Insurance shown on the Declarations for Reward Payments.

24. **Salespersons Samples**

We will pay for direct physical loss of or damage to **"salespersons samples"** in transit while in the custody of a salesperson or at any location, other than a **"premises"** or **"reported unscheduled premises"**, directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Salespersons Samples.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

25. **Spoilage--Equipment Breakdown**

We will pay for direct physical loss of or damage to **"stock"** at a **"premises"** or **"reported unscheduled premises"** directly caused by the loss of or changes in any artificially maintained or generated temperature, humidity, or atmosphere resulting from an **"equipment breakdown cause of loss"** to atmosphere control equipment at the **"premises"** or **"reported unscheduled premises"**.

The most we will pay under this Additional Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Spoilage--Equipment Breakdown.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

26. **Theft Damage to Buildings**

We will pay for direct physical loss of or damage to **"real property"** at a **"premises"** or **"reported unscheduled premises"** in which you are a tenant directly caused by theft, burglary, or robbery, provided you are legally obligated to pay for such loss or damage.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for **"personal property"** at that **"premises"** or **"reported unscheduled premises"**.

The Limit for this Additional Coverage is included in, and not in addition to, any other applicable Limits of Insurance.

**27.    Unreported Premises**

We will pay for direct physical loss of or damage to **"real property"** and **"personal property"**, other than **"salespersons samples"** or property in transit, at an **"unreported premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"unreported premises"** is the Limit of Insurance shown on the Declarations for Unreported Premises.

**B.    DEDUCTIBLE**

We will not pay for loss, damage, cost, or expense in any one occurrence until the amount of loss, damage, cost, or expense exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss, damage, cost, or expense in excess of the Deductibles, up to the applicable Limits of Insurance.

**000099**

# Accounts Receivable Coverage Form (Revenue Loss)



**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 1 |
| Deductible | 5 |
| Valuation | 5 |



# Accounts Receivable Coverage Form (Revenue Loss)

## A. COVERAGES

### 1. Accounts Receivable (Revenue Loss)

We will pay for:

**a.** The **"money"** due you from customers that you are unable to collect;

**b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

**c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage,

that result from direct physical loss of or damage to your **"accounts receivable records"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Accounts Receivable (Revenue Loss).

### 2. Accounts Receivable (Revenue Loss)--Away From Premises

We will also pay for:

**1.** The **"money"** due you from customers that you are unable to collect;

**2.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

**3.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage,

that result from direct physical loss of or damage to your **"accounts receivable records"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Accounts Receivable (Revenue Loss)--Away From Premises.

## B. EXCLUDED CAUSES OF LOSS

### 1. Alteration, Falsification, Concealment, or Destruction

We will not pay for loss or damage caused by or resulting from alteration, falsification, concealment, or destruction of **"accounts receivable records"** done to conceal the wrongful giving, taking, or withholding of **"money"**, **"securities"**, or other property.

**2. Bookkeeping, Accounting, or Billing Mistakes**

We will not pay for loss or damage caused by or resulting from a **"mistake"** or **"malfunction"** in bookkeeping, accounting, or billing.

**3. Defects or Errors**

We will not pay for any of the following:

**a.** Loss or damage caused by or resulting from a **"mistake"** in:

**1)** Programming;

**2)** Instructions to a machine; or

**3)** Installation or maintenance of **"electronic data processing hardware"** or component parts.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting:

**1)** A **"mistake"** in planning, zoning, development, surveying, siting;

**2)** A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**3)** A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

**4)** Insufficient or failure of maintenance or servicing,

of part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4. Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"accounts receivable records"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**5. Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"accounts receivable records"** for any purpose:

   **a.**   Acting alone or in collusion with others; or

   **b.**   Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

   **a.**   Acts of vandalism committed by your employees (including leased or temporary employees); or

   **b.**   Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**6.**   **Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

If loss of or damage to **"accounts receivable records"** caused by leakage from **"fire protection sprinkler system piping"** results from **"earth movement"**, and there is no other loss or damage from **"earth movement"** to that same property, we will pay for the direct physical loss or damage caused solely from the **"fire protection sprinkler system piping"** leakage.

**7.**   **Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

**8.**   **Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

   **a.**   Wear and tear;

   **b.**   Smoke, vapor, or gas from agricultural smudging or industrial operations;

   **c.**   Smog;

   **d.**   Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

   **e.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

   **f.**   Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**9.  Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

**10.  Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to acts of destruction of **"accounts receivable records"** ordered by governmental authority and taken at the time of fire to prevent its spread.

**11.  Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**12.  Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**13.  Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**14.  War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.**  War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C. DEDUCTIBLE

We will not pay for loss, damage, or expense in any one occurrence until the amount of loss, damage, or expense exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss, damage, or expense in excess of the Deductibles, up to the applicable Limits of Insurance.

## D. VALUATION

If you cannot accurately establish the amount of accounts receivable outstanding at the time of loss or damage to **"accounts receivable records"**, the following method will be used to determine the amount of covered loss, damage, or expense:

**1.** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurred; and

**2.** Adjust that total for normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

The following will be deducted from the total amount of accounts receivable, however that amount is established:

**1.** The amount of the accounts receivable for which there is no loss or damage;

**2.** The amount of the accounts receivable that you are able to re-establish or collect;

**3.** An amount to allow for probable bad debts that you are normally unable to collect; and

**4.** All unearned interest and service charges.



# Fine Arts Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 1 |
| Deductible | 4 |
| Valuation | 5 |



# Fine Arts Coverage Form

## A.  COVERAGES

### 1.  Fine Arts

We will pay for direct physical loss of or damage to **"fine arts"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Fine Arts.

### 2.  Fine Arts--Away From Premises

We will also pay for direct physical loss of or damage to **"fine arts"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Fine Arts--Away From Premises.

## B.  EXCLUDED CAUSES OF LOSS

### 1.  Defects or Errors

We will not pay for any of the following:

**a.**  Loss or damage, including the costs of correcting or making good, caused by or resulting from:

    **1)**  A "mistake" in planning, zoning, development, surveying, siting;

    **2)**  A "mistake" in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **3)**  A "mistake" in materials used in repair, construction, renovation, or remodeling; or

    **4)**  Insufficient or failure of maintenance or servicing,

of part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.**  Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**2.  Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"fine arts"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**3.  Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"fine arts"** for any purpose:

**a.**  Acting alone or in collusion with others; or

**b.**  Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.**  Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.**  Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**4.  Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

If loss of or damage to **"fine arts"** caused by leakage from **"fire protection sprinkler system piping"** results from **"earth movement"**, and there is no other loss or damage from **"earth movement"** to that same property, we will pay for the direct physical loss or damage caused solely from the **"fire protection sprinkler system piping"** leakage.

**5.  Expected, Preventable, or Accumulated Losses**

We will not pay for loss or damage caused by or resulting from:

**a.**  Wear and tear;

**b.**  Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.**  Smog;

**d.**  Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.**  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.**  Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**6.    Flood**

We will not pay for loss or damage caused directly or indirectly by **"flood"**.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

**7.    Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**a.**    Seizure or destruction of **"fine arts"** by order of governmental authority and taken at the time of fire to prevent its spread; or

**b.**    Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to:

**1)**    Covered **"real property"**; or

**2)**    Covered **"personal property"**,

directly caused by a **"covered cause of loss"**.

However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, **"pollutants"** or **"microorganisms"**.

**8.    Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused from or resulted from a **"mistake"** or **"malfunction"**.

**9.    Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence,  growth,  proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**10. Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**11. Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release, or escape of **"pollutants"**. But, if the discharge, dispersal, seepage, migration, release, or escape is caused by a **"specified cause of loss"**, we will pay only for that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"pollutants"**.

**12. Repair, Restoration, or Retouching**

We will not pay for loss of or damage to **"fine arts"** caused by or resulting from repair, restoration, or retouching.

**13. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**C. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

**D.   VALUATION**

1.   **"Fine arts"** are valued based on the lesser of:

   a.   **"Market value"** at the time of loss or damage; or

   b.   The value of **"fine arts"** that are individually listed and described on the schedule on file with us.

2.   **Pairs or Sets**

   In case of loss to any part of a pair or set, we may:

   a.   Repair or replace any part to restore the pair or set to its value before the loss; or

   b.   Pay the difference between the value of the pair or set before and after the loss.



# Installation and Service Property Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages | 1 |
| Excluded Causes of Loss | 2 |
| Deductible | 5 |
| Additional Conditions | 5 |
| Valuation | 5 |

**ZURICH**®

# Installation and Service Property Coverage Form

## A. COVERAGES

### 1. Stock to be Installed

We will pay for direct physical loss of or damage to **"stock"** directly caused by a **"covered cause of loss"** while such **"stock"** is:

**a.** At an **"installation or service premises"**;

**b.** At a **"temporary storage location"**; or

**c.** In transit, to or from an **"installation or service premises"** or a **"temporary storage location"**.

Coverage ends at the earlier of the following:

**a.** Your insurable interest in the **"stock"** ceases;

**b.** The **"stock"** is accepted by the purchaser;

**c.** The **"stock"** is installed and you have been paid;

**d.** The **"stock"** is installed and put to its intended use; or

**e.** The policy expires or is cancelled.

The most we will pay under this Marine Coverage in any one occurrence is the applicable Limit of Insurance shown on the Declarations for Installation and Service Property--Stock to be Installed.

### 2. Tools and Equipment

We will pay for direct physical loss of or damage to:

**a.** **"Personal property"** that are tools and equipment; and

**b.** Vehicles that are not licensed for use on public roads,

used by you to install or service property at an **"installation or service premises"** directly caused by a **"covered cause of loss"**.  Coverage applies while such property is:

**a.** At an **"installation or service premises"**; or

**b.** In transit, to or from an **"installation or service premises"**.

The most we will pay under this Marine Coverage for any one item and in any one occurrence is the applicable Limit of Insurance shown on the Declarations for Installation and Service Property--Tools and Equipment or in a schedule on file with us.

## B.   EXCLUDED CAUSES OF LOSS

### 1.   Artificially Maintained Conditions

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

### 2.   Disappearance or Shortage

We will not pay for loss caused by disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the property.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

### 3.   Dishonest Acts

We will not pay for loss caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the property for any purpose:

**a.**   Acting alone or in collusion with others; or

**b.**   Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.**   Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.**   Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

### 4.   Expected, Preventable, or Accumulated Losses

We will not pay for loss or damage caused by or resulting from:

**a.**   Wear and tear;

**b.**   Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.**   Smog;

**d.**   Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.**    Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**5.    Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to:

**a.**    Seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread; or

**b.**    Demolition orders issued pursuant to any ordinance or law in effect at the time of loss or damage regulating construction, use, or repair of any property; provided such demolition order has become legally enforceable as a result of physical damage to **"real property"** containing covered **"personal property"** directly caused by a **"covered cause of loss"**.

However, this exception does not apply to demolition orders issued pursuant to any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**6.    Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**7.    Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence,  growth,  proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**8.    Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence

to the loss, even if such other cause or event would otherwise be covered.  But, if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

9.  **Precipitation**

We will not pay for loss or damage caused by or resulting from rain, hail, snow, ice, or sleet to property in the open.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

a.  **"Stock"** in the custody of a carrier for hire; or

b.  Vehicles that are not licensed for use on public roads.

10.  **Process Failures, Defects, or Errors**

We will not pay for any of the following:

a.  Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, development, distribution, installation, manufacturing, maintenance, processing, repair, or testing of such **"stock"**.

b.  Loss or damage, including the costs of correcting or making good, caused by or resulting from:

1)  A **"mistake"** in planning, zoning, development, surveying, siting;

2)  A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

3)  A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

4)  Insufficient or failure of maintenance or servicing,

of part or all of any property on or off an **"installation or service premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

c.  Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off an **"installation or service premises"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

d.  Loss of or damage to machinery or equipment while undergoing a pressure or electrical test.  This exclusion applies even this excluded cause of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**11. Suspended Equipment**

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**. This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**12. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**13. Weight of Load**

We will not pay for loss of or damage to **"personal property"** that are tools and equipment or vehicles used by you to install or service property caused by or resulting from the weight of a load exceeding the manufacturer's rated lifting or supporting capacity of any machine under the operating conditions at the time of loss or damage.

## C. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

## D. ADDITIONAL CONDITIONS

The following conditions apply in addition to the COMMERCIAL PROPERTY CONDITIONS and the COMMON POLICY CONDITIONS:

**1.** In the event of any loss or damage to Covered Property in transit, you must immediately make a claim in writing against the carrier, bailee, or others involved.

**2.** The coverage provided for **"stock"** by this Coverage Form is primary to any other insurance not subject to the same plan, terms, conditions, and provisions as this Coverage Form.

## E. VALUATION

We will determine the value of covered loss or damage as follows:

**1.** Except as provided in 2., 3., 4., 5., 6., and 7. below, the lesser of the following amounts:

**a.** The **"replacement cost"**; or

    **b.**  The **"amount you actually spend"** to repair, rebuild, or replace Covered Property.

**2.**  Except as provided in 3., 5., 6., and 7. below, Covered Property which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged Covered Property within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

**3.**  **"Merchandise"** and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

**4.**  **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing. In no event will overhead be calculated in accordance with the principles of Absorption Costing.

**5.**  Covered Property which has been permanently removed from service at **"actual cash value"**.

**6.**  **"Duplicate information property"** at the lesser of:

    **a.**  The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

    **b.**  The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.

**7.**  Subject to 1., 2., and 5. above, the most we will pay for any one item for scheduled equipment is the value per item shown on the schedule on file with us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission



# Original Information Property Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverages ........................................................................................................................... | 1 |
| Excluded Causes of Loss ..................................................................................................... | 1 |
| Deductible ............................................................................................................................ | 4 |
| Valuation .............................................................................................................................. | 4 |

**ZURICH**®

# Original Information Property Coverage Form

## A. COVERAGES

### 1. Original Information Property

We will pay for direct physical loss of or damage to **"original information property"** at a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage at any one **"premises"** or **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Original Information Property.

### 2. Original Information Property--Away From Premises

We will also pay for direct physical loss of or damage to **"original information property"** away from a **"premises"** or **"reported unscheduled premises"** directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Original Information Property--Away From Premises.

## B. EXCLUDED CAUSES OF LOSS

### 1. Alteration, Falsification, Concealment, or Destruction

We will not pay for loss or damage caused by or resulting from alteration, falsification, concealment, or destruction of **"original information property"** done to conceal the wrongful giving, taking, or withholding of **"money"**, **"securities"**, or other property.

### 2. Bookkeeping, Accounting, or Billing Mistakes

We will not pay for loss or damage caused by or resulting from a **"mistake"** or **"malfunction"** in bookkeeping, accounting, or billing.

### 3. Defects or Errors

We will not pay for any of the following:

**a.** Loss or damage caused by or resulting from a **"mistake"** in:

   **1)** Programming;

   **2)** Instructions to a machine; or

   **3)** Installation or maintenance of **"electronic data processing hardware"** or component parts.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**b.** Loss or damage, including the costs of correcting or making good, caused by or resulting from:

   **1)** A **"mistake"** in planning, zoning, development, surveying, siting;

   **2)** A **"mistake"** in design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

3) A **"mistake"** in materials used in repair, construction, renovation, or remodeling; or

4) Insufficient or failure of maintenance or servicing,

of part or all of any **"original information property"** on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**c.** Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any **"original information property"** on or off a **"premises"** or **"reported unscheduled premises"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4. Disappearance or Shortage**

We will not pay for loss caused by or resulting from disappearance or shortage disclosed on taking inventory or where there is no physical evidence to show what happened to the **"original information property"**. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**5. Dishonest Acts**

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"original information property"** for any purpose:

**a.** Acting alone or in collusion with others; or

**b.** Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.** Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.** Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

**6. Earth Movement**

We will not pay for loss or damage caused directly or indirectly by **"earth movement"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"earth movement"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

If loss of or damage to **"original information property"** caused by leakage from **"fire protection sprinkler system piping"** results from **"earth movement"**, and there is no other loss or damage from **"earth movement"** to that same property, we will pay for the direct physical loss or damage caused solely from the **"fire protection sprinkler system piping"** leakage.

**7. Electronic Vandalism**

We will not pay for loss or damage caused by or resulting from **"electronic vandalism"**.

This exclusion applies even if the **"electronic vandalism"** was caused by or resulted from a **"mistake"** or **"malfunction"**.

8. **Expected, Preventable, or Accumulated Losses**

   We will not pay for loss or damage caused by or resulting from:

   **a.** Wear and tear;

   **b.** Smoke, vapor, or gas from agricultural smudging or industrial operations;

   **c.** Smog;

   **d.** Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

   **e.** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

   **f.** Inherent vice.

   Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

   But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

9. **Flood**

   We will not pay for loss or damage caused directly or indirectly by **"flood"**. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if **"flood"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage which was solely caused by that fire, explosion, or theft.

10. **Governmental Action**

    We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

    This exclusion does not apply to acts of destruction of **"original information property"** ordered by governmental authority and taken at the time of fire to prevent its spread.

11. **Loss of Market or Delay**

    We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay. This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

12. **Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**13. Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**14. War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

## C. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

## D. VALUATION

We will determine the value of covered loss or damage to lost or damaged **"original information property"** at the full cost necessary to research and reproduce a master copy, including the information and material on which it resides. However, we will only pay for costs of research and reproduction if you reproduce your **"original information property"**. We will not include the cost of making additional copies.



# Transit Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverage | 1 |
| Property Not Covered | 1 |
| Excluded Causes of Loss | 2 |
| Deductible | 4 |
| Additional Conditions | 4 |
| Valuation | 4 |

**ZURICH**®

# Transit Coverage Form

### A. COVERAGE

We will pay for direct physical loss of or damage to **"personal property"** in transit, including:

**1.**   Your interest in shipments sold under Free on Board or Freight Allowed terms;

**2.**   **"Personal property"** when the purchaser refuses to accept delivery or returns it to the shipper; or

**3.**   General average and salvage charges on shipments while waterborne,

directly caused by a **"covered cause of loss"**.

The most we will pay under this Marine Coverage in any one occurrence is the Limit of Insurance shown on the Declarations for Transit--Personal Property.

### B. PROPERTY NOT COVERED

This Coverage Form does not apply to:

**1.**   **"Personal property"** in transit to or from a fair or exhibition;

**2.**   **"Salespersons samples"**;

**3.**   Property of others in your care, custody, or control if you are acting as a carrier for hire, broker, loader, consolidator, or freight forwarder with a written contract or bill of lading;

**4.**   **"Personal property"** used by you to install or service property at an **"installation or service premises"**;

**5.**   **"Stock"** in transit to or from an **"installation or service premises"** or a **"temporary storage location"**;

**6.**   Furs, fur garments, and garments trimmed with fur;

**7.**   Jewelry, watches, watch movements, jewels, pearls, precious or semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals, except for:

    **a.**   Jewelry or watches worth $100 or less per item; or

    **b.**   Precious or semiprecious stones or metals used for industrial purposes; or

**8.**   Lottery tickets held for sale.

## C.  EXCLUDED CAUSES OF LOSS

### 1.  Artificially Maintained Conditions

We will not pay for loss of or damage to **"personal property"** caused by or resulting from the loss of or change in any artificially maintained or generated temperature, humidity, or atmosphere.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from an **"equipment breakdown cause of loss"**, **"mistake"**, or **"malfunction"**.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

This exclusion does not apply to **"electronic data processing hardware"** or **"duplicate information property"**.

### 2.  Dishonest Acts

We will not pay for loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions, committed by you, your partners, **"members"**, officers, **"managers"**, employees (including leased or temporary employees), directors, trustees, authorized representatives, or anyone else to whom you have entrusted the **"personal property"** for any purpose:

**a.**  Acting alone or in collusion with others; or

**b.**  Whether or not occurring during the hours of employment.

This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

This exclusion does not apply to:

**a.**  Acts of vandalism committed by your employees (including leased or temporary employees); or

**b.**  Carriers for hire or anyone claiming to be a carrier for hire at the time the property is entrusted to them.

### 3.  Expected, Preventable, or Accumulated Losses

We will not pay for loss or damage caused by or resulting from:

**a.**  Wear and tear;

**b.**  Smoke, vapor, or gas from agricultural smudging or industrial operations;

**c.**  Smog;

**d.**  Rust or other corrosion, decay, deterioration, fading, hidden or latent defect, or any quality of the property that causes it to damage or destroy itself;

**e.**  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or

**f.**  Inherent vice.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**4.  Governmental Action**

We will not pay for loss or damage caused directly or indirectly by any seizure, confiscation, expropriation, nationalization, or destruction of property by order of governmental authority. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

This exclusion does not apply to seizure or destruction of property by order of governmental authority and taken at the time of fire to prevent its spread.

**5.  Loss of Market or Delay**

We will not pay for loss or damage caused by or resulting from loss of market, loss of use, or delay.  This exclusion applies even if one of these excluded causes of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

**6.  Microorganisms**

We will not pay for loss or damage consisting of, directly or indirectly caused by, contributed to, or aggravated by the presence, growth, proliferation, spread, or any activity of **"microorganisms"**, unless resulting from fire or lightning.  Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

But if a result of one of these excluded causes of loss is a **"specified cause of loss"**, other than fire or lightning, we will pay that portion of the loss or damage which was solely caused by that **"specified cause of loss"**.

We will also not pay for loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that requires any insured or others to test for, monitor, clean up, remove, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **"microorganisms"**.

**7.  Nuclear Hazard**

We will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for that portion of the loss or damage which was solely caused by that fire.

**8.  Process Failures, Defects, or Errors**

We will not pay for any of the following:

**a.**  Loss or damage due to spoilage, destruction, adulteration, discard, reduction in value, or any other loss or damage to **"stock"** caused by or resulting from a **"mistake"** or **"malfunction"** in the alteration, development, distribution, installation, manufacturing, maintenance, processing, repair, or testing of such **"stock"**.

**b.**  Loss or damage, including the costs of correcting or making good, caused by or resulting from incorporating **"defective materials"** into part or all of any property on or off the **"premises"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**9.  Suspended Equipment**

We will not pay for loss or damage caused by or resulting from an **"equipment breakdown cause of loss"** to **"suspended equipment"**.  This exclusion applies even if this excluded cause of loss was caused by or resulted from a **"mistake"** or **"malfunction"**.

But if a result of this excluded cause of loss is a **"covered cause of loss"**, we will pay for that portion of the loss or damage which was solely caused by that **"covered cause of loss"**.

**10.  War and Military Action**

We will not pay for loss or damage arising, directly or indirectly, out of:

**a.**  War, including undeclared or civil war;

**b.**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

**c.**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority by hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event, including a **"mistake"** or **"malfunction"**, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

**D.  DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductibles shown on the Declarations.  We will then pay the amount of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

**E.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the COMMERCIAL PROPERTY CONDITIONS and the COMMON POLICY CONDITIONS:

**1.**  In the event of any loss or damage to **"personal property"** in transit, you must immediately make a claim in writing against the carrier, bailee, or others involved.

**2.**  If **"personal property"** in transit which was sold under Free on Board or Freight Allowed terms is lost or damaged and the consignee refuses to pay for such **"personal property"** because of the loss or damage, we will not attempt to enforce collection from the consignee without your written permission.

**F.  VALUATION**

We will determine the amount of covered loss or damage as follows:

**1.**  Except as provided in 2., 3., 4., 5., and 6. below, the lesser of the following amounts:

**a.**  The **"replacement cost"**; or

**b.**  The **"amount you actually spend"** to repair, rebuild, or replace **"personal property"**.

2.  Except as provided in 3., 5., and 6. below, **"personal property"** which is not repaired, rebuilt, or replaced will be valued at the **"actual cash value"** at the time and place of loss or damage.  If you commence the repair, rebuilding, or replacement of the lost or damaged **"personal property"** within 24 months from the date the loss or damage occurred, upon completion of the repair, rebuilding, or replacement we will pay you the difference between the **"actual cash value"** previously paid and the **"replacement cost"** at the time of loss or damage.

3.  **"Merchandise"** which has been sold but not delivered and **"finished stock"** at the regular cash selling price, less any discounts and expenses you otherwise would have had.

4.  **"Stock in process"** at the value of **"raw stock"**, your labor expended, and your materials incorporated plus the proper proportion of your overhead charges, calculated in accordance with principles of Direct Costing. In no event will overhead be calculated in accordance with the principles of Absorption Costing.

5.  **"Personal property"** which has been permanently removed from service at **"actual cash value"**.

6.  **"Duplicate information property"** at the lesser of:

    a.  The cost to purchase a duplicate copy, if a duplicate copy exists and is available for sale; or

    b.  The cost of blank materials, plus any cost incurred to copy data onto blank materials from a duplicate source on the same type of materials, provided such copying does not violate licensing or contract agreements.



# Extra Expense Coverage Form

**Table of Contents**

| Section | Page No. |
|---|---|
| Coverage | 1 |
| Additional Coverages | 1 |
| Exclusions | 2 |
| Limitations | 3 |
| Deductible | 4 |
| Loss Determination | 4 |



# Extra Expense Coverage Form

## A.  COVERAGE

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to property at a **"premises"** at which a Limit of Insurance is shown for Extra Expense on the Declarations.  The loss or damage must be directly caused by a **"covered cause of loss"**.  We will not pay more than the applicable Limit of Insurance shown on the Declarations for Extra Expense at that **"premises"**.

## B.  ADDITIONAL COVERAGES

### 1.  Civil Authority

We will pay for the actual and necessary **"extra expense"** you incur for up to the number of days shown on the Declarations for Civil Authority when an order of civil authority prohibits access to the **"premises"** or **"reported unscheduled premises"**.  That order must result from a civil authority's response to direct physical loss of or damage to property located within one mile from the **"premises"** or **"reported unscheduled premises"** where the **"extra expense"** was incurred.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage is the Limit of Insurance shown on the Declarations for Extra Expense at the **"premises"** or **"reported unscheduled premises"** where access was prohibited.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

### 2.  Ingress/Egress

We will pay for the actual and necessary **"extra expense"** you incur for up to the number of days shown on the Declarations for Ingress/Egress, when ingress or egress by your suppliers, customers, or employees to the **"premises"** or **"reported unscheduled premises"** is physically obstructed due to direct physical loss or damage.  The actual and necessary **"extra expense"** you incur must be caused by direct physical loss of or damage to property not owned, occupied, leased, or rented by you, or insured under this Commercial Property Coverage Part.  That property must be located within one mile from the **"premises"** or **"reported unscheduled premises"** where the **"extra expense"** was incurred.  The obstruction cannot be the result of an order of civil authority that prohibits access to that **"premises"** or **"reported unscheduled premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under the Additional Coverage is the Limit of Insurance shown on the Declarations for Extra Expense at the **"premises"** or **"reported unscheduled premises"** where ingress or egress was obstructed.

The Limit for this Additional Coverage is included in, and not in addition to, the applicable Limit of Insurance.

### 3.  Newly Acquired Premises

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to your property at a **"newly acquired premises"**.  The loss or damage must be directly caused by a **"covered cause of loss"**.

This Additional Coverage will automatically expire on the earliest of the following dates:

**a.**    The date you report the **"newly acquired premises"** to us;

**b.** The number of days shown on the Declarations from the date the location becomes a **"newly acquired premises"**; or

**c.** The date this policy expires or is cancelled.

We will charge you additional premium for values reported from the date the location becomes a **"newly acquired premises"**.

The most we will pay under this Additional Coverage at any one **"newly acquired premises"** is the Limit of Insurance shown on the Declarations for Newly Acquired Premises--Extra Expense.

**4.** **Reported Unscheduled Premises**

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to property at a **"reported unscheduled premises"**. The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"reported unscheduled premises"** is the Limit of Insurance shown on the Declarations for Reported Unscheduled Premises--Extra Expense.

**5.** **Unreported Premises**

We will pay for the actual and necessary **"extra expense"** you incur due to direct physical loss of or damage to your property at an **"unreported premises"**. The loss or damage must be directly caused by a **"covered cause of loss"**.

The most we will pay under this Additional Coverage at any one **"unreported premises"** is the Limit of Insurance shown on the Declarations for Unreported Premises--Extra Expense.

**C.** **EXCLUSIONS**

**1.** **Real or Personal Property**

The exclusions in paragraphs 4. and 5. below and the excluded causes of loss in the REAL AND PERSONAL PROPERTY COVERAGE FORM, except Off Premises Service Interruption, apply to **"extra expense"** incurred caused by or resulting from loss of or damage to any property other than:

**a.** **"Fine arts"**;

**b.** **"Original information property"**;

**c.** **"Outdoor trees, shrubs, plants, or lawns"**; or

**d.** **"Green roofing systems"**.

**2.** **Fine Arts**

The exclusions in paragraphs 4. and 5. below and the excluded causes of loss in the FINE ARTS COVERAGE FORM apply to **"extra expense"** incurred caused by or resulting from loss of or damage to **"fine arts"**.

3.    **Original Information Property**

The exclusions in paragraphs 4. and 5. below and the excluded causes of loss in the ORIGINAL INFORMATION PROPERTY COVERAGE FORM apply to **"extra expense"** incurred caused by or resulting from loss of or damage to **"original information property"**.

4.    **Off-Premises Service Interruption**

We will not pay for **"extra expense"** incurred caused by or resulting from any **"off-premises service interruption"**.  Such loss is excluded regardless of any other cause or event, including a **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.

5.    **Suspension, Lapse, or Cancellation**

We will not pay for **"extra expense"** incurred caused by or resulting from a suspension, lapse, or cancellation of any license, lease, or contract, unless the suspension, lapse, or cancellation is directly caused by the **"suspension"** of your **"operations"**.  If the suspension, lapse, or cancellation of any license, lease, or contract is directly caused by the **"suspension"** of your **"operations"**, we will not pay for that portion of any **"extra expense"** incurred from such suspension, lapse, or cancellation which occurs after the **"period of restoration"**.

D.    **LIMITATIONS**

1.    **Idle Periods**

We will not pay for **"extra expense"** incurred during any period in which business would not or could not have been conducted for any reason other than:

a.    Direct physical loss of or damage to property as described in Section A., Coverage, above;

b.    A civil authority prohibiting access to the **"premises"** or **"reported unscheduled premises"** as described in the Civil Authority Additional Coverage above; or

c.    A physical obstruction affecting ingress or egress to the **"premises"** or **"reported unscheduled premises"** as described in the Ingress/Egress Additional Coverage above.

2.    **Strikers or Others Causing Delay**

We will not pay for any increase in **"extra expense"** incurred caused by delay in rebuilding, repairing, or replacing property or resuming **"operations"**, due to the interference at the location of the rebuilding, repair, or replacement by strikers or other persons.

3.    **Outdoor Trees, Shrubs, Plants, or Lawns**

We will not pay for **"extra expense"** incurred caused by or resulting from loss of or damage to **"outdoor trees, shrubs, plants, or lawns"** unless the loss or damage is directly caused by fire, lightning, explosion, riot or civil commotion, or aircraft.

4.    **Green Roofing Systems**

We will not pay for **"extra expense"** incurred caused by or resulting from loss of or damage to **"green roofing systems"** unless the loss or damage is directly caused by a **"covered cause of loss"** other than loss or damage caused by or resulting from:

    **a.**    Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals;

    **b.**    Disease;

    **c.**    Changes in or extremes of temperature;

    **d.**    Dampness or dryness of atmosphere or of soil supporting the vegetation; or

    **e.**    Rain, snow, hail, ice, or sleet.

**E.**    **DEDUCTIBLE**

We will not pay for any **"extra expense"** incurred in any one occurrence until the amount of **"extra expense"** incurred exceeds the applicable Deductibles shown on the Declarations. We will then pay the actual and necessary **"extra expense"** incurred in excess of the Deductibles up to the applicable Limits of Insurance.

**F.**    **LOSS DETERMINATION**

    **1.**    **Sources of Information**

    The amount of actual and necessary **"extra expense"** incurred will be based on relevant sources of information, including, but not limited to:

        **a.**    Your financial records, tax returns, and accounting procedures;

        **b.**    Bills, invoices, and other vouchers; and

        **c.**    Deeds, liens, and contracts.

    **2.**    **Extra Expense**

    The amount of actual and necessary **"extra expense"** incurred will be determined based on:

        **a.**    All **"extra expense"** that exceeds the normal operating expenses that would have been incurred by your **"operations"** during the **"period of restoration"** if no direct physical loss or damage had occurred; and

        **b.**    All expenses that reduce the **"extra expense"** that otherwise would have been incurred.

    We will deduct from the total **"extra expense"** incurred the salvage value of any property bought for temporary use during the **"period of restoration"**, once **"operations"** are resumed.

    **3.**    **Resumption of Operations**

    We will reduce the amount of **"extra expense"** paid to the extent you can return **"operations"** to normal and discontinue such **"extra expense"**.



# Earth Movement Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies the following:

**ACCOUNTS RECEIVABLE COVERAGE FORM (REVENUE LOSS)**
**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING
   EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**COMMERCIAL PROPERTY DEFINITIONS**
**EXTRA EXPENSE COVERAGE FORM**
**FINE ARTS COVERAGE FORM**
**ORIGINAL INFORMATION PROPERTY COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**
**RESEARCH AND DEVELOPMENT PROPERTY COVERAGE FORM**

### A.  COVERAGE

The Earth Movement exclusion does not apply to loss or damage at a **"premises"** at which a Limit of Insurance is shown on the Declarations for Earth Movement.  However, we will not pay for loss or damage caused directly or indirectly by any **"earth movement"** that begins before the inception of this Commercial Property Coverage Part.

All earthquake shocks that occur within any single 168-hour period will constitute a single occurrence.  The expiration of this policy will not reduce the 168-hour period.

If the Earth Movement and Flood Coverage--Specified Property endorsement is included in this Commercial Property Coverage Part, this endorsement does not apply to property covered by that endorsement.

### B.  ADDITIONAL EXCLUDED CAUSES OF LOSS

#### 1.  Mine Subsidence

We will not pay for loss or damage caused directly or indirectly by **"mine subsidence"**.  Such loss or damage is excluded regardless of any other cause or event, including **"mistake"**, **"malfunction"**, or weather condition, that contributes concurrently or in any sequence to the loss, even if such other cause or event would otherwise be covered.  But if **"mine subsidence"** results in fire, explosion, or theft, we will pay for that portion of the loss or damage solely caused by that fire, explosion, or theft.

#### 2.  Off-Premises Damage

We will not pay for loss or damage caused directly or indirectly by **"earth movement"** at any of the following locations:

**a.**  **"Cloud facility"**;

**b.**  **"Dependent premises"**;

**c.**  Fairs or exhibitions;

    **d.**  **"Newly acquired premises"**;

    **e.**  **"Reported unscheduled premises"**;

    **f.**  **"Unreported premises"**; or

    **g.**  Any location used to provide power or other utility service to **"premises"**.

**C.  LIMITS OF INSURANCE**

    **1.  Premises Limits**

      The most we will pay in any one occurrence for loss or damage caused directly or indirectly by **"earth movement"** under this endorsement at any one **"premises"** is the Limit of Insurance shown on the Declarations for Earth Movement for that **"premises"**.

    **2.  Occurrence Limits**

      The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"earth movement"** under this endorsement at all **"Schedule A Premises"** is the occurrence Limit of Insurance shown on the Declarations for Earth Movement--Schedule A Premises.

      The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"earth movement"** under this endorsement at all **"Schedule B Premises"** is the occurrence Limit of Insurance shown on the Declarations for Earth Movement--Schedule B Premises.

    **3.  Annual Aggregate Limits**

      The most we will pay for all loss or damage caused directly or indirectly by **"earth movement"** under this endorsement in any one policy year, regardless of the number of occurrences or **"Schedule A Premises"** involved, is the Annual Aggregate Limit of Insurance shown on the Declarations for Earth Movement--Schedule A Premises.

      The most we will pay for all loss or damage caused directly or indirectly by **"earth movement"** under this endorsement in any one policy year, regardless of the number of occurrences or **"Schedule B Premises"** involved, is the Annual Aggregate Limit of Insurance shown on the Declarations for Earth Movement--Schedule B Premises.

These Limits are included in, and not in addition to, any other applicable Limits of Insurance.

**D.  DEDUCTIBLE**

    **1.**  The Earth Movement Deductible only applies to loss or damage that, but for the application of the Deductible, would be paid by us under this Commercial Property Coverage Part.

    **2.**  With respect the coverage provided by this endorsement, the Deductible section is replaced by the following:

      We will not pay for loss, damage, cost, or expense at any one **"premises"** in any one occurrence until the amount of covered loss, damage, cost, or expense exceeds the Earth Movement Deductible shown on the Declarations for that **"premises"**.  We will then pay for the amount of covered loss, damage, cost, or expense in excess of the Deductible, up to the applicable Limits of Insurance.

      If more than one **"premises"** suffers loss or damage in one occurrence, the applicable Deductibles shown on the Declarations will apply separately and individually to covered loss, damage, cost, or expense at each **"premises"**.

The Earth Movement Deductibles apply to all covered loss, damage, cost, or expense covered by **"time element coverage"** when the loss, damage, cost, or expense is caused directly or indirectly by covered **"earth movement"** even if no other deductible applies to the **"time element coverage"**.

**E.  COINSURANCE**

The Additional Condition--Coinsurance endorsement does not apply to coverage provided by this endorsement.

**F.  ADDITIONAL DEFINITIONS**

With respect to coverage provided by this endorsement, the following are added to the COMMERCIAL PROPERTY DEFINITIONS:

**"Mine subsidence"** means subsidence of a man-made mine, whether or not mining activity has ceased.

**"Schedule A Premises"** means **"premises"** at which the term Schedule A Premises is shown under the Summary of Premises section on the Declarations.

**"Schedule B Premises"** means **"premises"** at which the term Schedule B Premises is shown under the Summary of Premises section on the Declarations.



# Flood Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**ACCOUNTS RECEIVABLE COVERAGE FORM (REVENUE LOSS)**
**BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE)**
**BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING**
**EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY**
**EXTRA EXPENSE COVERAGE FORM**
**FINE ARTS COVERAGE FORM**
**ORIGINAL INFORMATION PROPERTY COVERAGE FORM**
**REAL AND PERSONAL PROPERTY COVERAGE FORM**
**RESEARCH AND DEVELOPMENT PROPERTY COVERAGE FORM**

**A.  COVERAGE**

The Flood exclusion does not apply to loss or damage at a **"premises"** at which a Limit of Insurance is shown on the Declarations for Flood.  However, we will not pay for loss or damage caused directly or indirectly by **"flood"** that begins before the inception of this Commercial Property Coverage Part.

If the Earth Movement and Flood Coverage--Specified Property endorsement is included in this Commercial Property Coverage Part, this endorsement does not apply to property covered by that endorsement.

**B.  ADDITIONAL EXCLUDED CAUSES OF LOSS**

**Off-Premises Damage**

We will not pay for loss or damage that is caused directly or indirectly by **"flood"** at any of the following locations:

1.  **"Cloud facility"**;

2.  **"Dependent premises"**;

3.  Fairs or exhibitions;

4.  **"Newly acquired premises"**;

5.  **"Reported unscheduled premises"**;

6.  **"Unreported premises"**; or

7.  Any location used to provide power or other utility service to **"premises"**.

**C. LIMITS OF INSURANCE**

**1. Premises Limits**

The most we will pay in any one occurrence for loss or damage caused directly or indirectly by **"flood"** at any one **"premises"** is the Limit of Insurance shown on the Declarations for Flood for that **"premises"**.

**2. Occurrence Limit**

The most we will pay in any one occurrence for all loss or damage caused directly or indirectly by **"flood"**, regardless of the number of **"premises"** involved, is the occurrence Limit of Insurance shown on the Declarations for Flood.

**3. Annual Aggregate Limit**

The most we will pay for loss or damage caused directly or indirectly by **"flood"** in any one policy year, regardless of the number of occurrences or **"premises"** involved, is the Annual Aggregate Limit of Insurance shown on the Declarations for Flood.

These Limits are included in, and not in addition to, any other applicable Limits of Insurance.

**D. DEDUCTIBLE**

**1.** The Flood Deductible only applies to loss or damage that, but for the application of the Deductible, would be paid by us under this Commercial Property Coverage Part.

**2.** With respect to loss or damage caused directly or indirectly by **"flood"**, the Deductible section is replaced by the following:

We will not pay for loss, damage, cost, or expense at any one **"premises"** in any one occurrence until the amount of covered loss, damage, cost, or expense exceeds the Flood Deductible shown on the Declarations for that **"premises"**. We will then pay for the amount of covered loss, damage, cost, or expense in excess of the Deductible, up to the applicable Limits of Insurance.

If more than one **"premises"** suffers loss or damage in one occurrence, the applicable Deductibles shown on the Declarations will apply separately and individually to covered loss, damage, cost, or expense at each **"premises"**.

The Flood Deductibles apply to all covered loss, damage, cost, or expense covered by **"time element coverage"** when the loss, damage, cost, or expense is caused directly or indirectly by covered **"flood"** even if no other deductible applies to the **"time element coverage"**.

**E. COINSURANCE**

The Additional Condition--Coinsurance endorsement does not apply to coverage provided by this endorsement.



# Arkansas Changes

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

**A.**  The following is added to the COMMON POLICY CONDITIONS:

**MULTI-YEAR POLICIES**

We may issue this policy for a term in excess of twelve months with the premium adjusted on an annual basis in accordance with our rates and rules.

**B.**  Except as provided in C. below, the Appraisal Condition in the COMMERCIAL PROPERTY CONDITIONS is replaced by the following:

**1.**  If we and you disagree on the value of the property or the amount of loss, either party may make a written request for an appraisal of the loss.  However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised.  If so agreed, each party will select a competent, disinterested, and impartial appraiser who has no direct or indirect financial interest in the claim.   The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of each item of lost or damaged property as of the date of loss and amount of loss in accordance with the Valuation provisions of the applicable Coverage Form or, if not stated, the **"actual cash value"** and **"replacement cost"**. If they fail to agree, they will submit their differences to the umpire.

**2.**  An appraisal decision will not be binding on either party.

**3.**  If there is an appraisal, we will still retain our right to deny the claim in whole or in part, based on the terms and conditions of the policy.

**4.**  Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

**C.**  With respect to losses covered by the BUSINESS INCOME COVERAGE FORM (EXCLUDING EXTRA EXPENSE) and the BUSINESS INCOME COVERAGE FORM INCLUDING RESEARCH AND DEVELOPMENT CONTINUING EXPENSES (EXCLUDING EXTRA EXPENSE)--TECHNOLOGY, the Appraisal Condition in the COMMERCIAL PROPERTY CONDITIONS is replaced by the following:

**1.**  If we and you disagree on the amount of **"net income"** and **"continuing expenses"** or the amount of loss, either party may make a written request for an appraisal of the loss.  However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised.  If so agreed, each party will select a competent, disinterested, and impartial appraiser who has no direct or indirect financial interest in the claim.    The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a

judge of a court having jurisdiction. The appraisers will state separately the amount of **"net income"** and **"continuing expenses"** or amount of loss. If they fail to agree, they will submit their differences to the umpire.

2.  An appraisal decision will not be binding on either party.

3.  If there is an appraisal, we will still retain our right to deny the claim in whole or in part, based on the terms and conditions of the policy.

4.  Each party will:

    a.  Pay its chosen appraiser; and

    b.  Bear the other expenses of the appraisal and umpire equally.

D.  The 2-year limitation in the Legal Action Against Us Condition in the COMMERCIAL PROPERTY CONDITIONS is changed to 5 years.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL PROPERTY
CP 02 99 06 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

The following is added to the **Cancellation** Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least five days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

  **1.** Seasonal unoccupancy;

  **2.** Buildings in the course of construction, renovation or addition; or

  **3.** Buildings to which the Vacancy Permit endorsement applies.

  Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a covered cause of loss, permanent repairs to the building:

  **1.** Have not started; and

  **2.** Have not been contracted for,

  within 30 days of initial payment of loss.

**C.** The building has:

  **1.** An outstanding order to vacate;

  **2.** An outstanding demolition order;

  **3.** Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** Failure to:

  **1.** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

  **2.** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.