UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FIRST BAPTIST CHURCH                                                                 PLAINTIFF

v.                                           No. 2:22-cv-2066

ZURICH AMERICAN INSURANCE COMPANY                       DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 17th day of March, 2023.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1